Qiu Min Ji

**Name and Address**

Larkspur Landing, Room 106

690 Gateway Blvd, S. San Francisco CA. 94080

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

*LB*

Case No. CV 15 1569

Qiu Min Ji

**Plaintiff / Petitioner**

VS. National Security
Agent and other agents
Known or unknown

**Defendant / Respondent**

**Document Name:**

Complaint:
Disclose the Forever Mystery of
our Cyber Security

## Introduction:

### Disclose the Truth, the Forever Mystery of our Cyber Security



Yuan Sun, the spy from China, residing in the United States has been controlling the internet for over 4 years... This above photo is the first Nano biosensor that the spy installed inside my brain in early 2010, and it was surgically removed in Nov. 2011. But US Intelligence controls our Government Investigations, no investigations was ever made on the spy. Early 2013, the spy installed the second Nano biosensor inside my brain, later loaded with many advanced http system controlling documents, hidden controls the internet... the documents you will read, were discovered in the remotely controlled computer , that were loaded inside the 2nd Nano biosensor that the spy remotely controls...It's connected to the internet by the special coding Yuan Sun obtained from his cloned Microsoft website, so  no one can seen that address as internet address as it  was set up as 0 ...

I have been reporting to FBI, Homeland security,  the White House Agency, etc for over 4 years with evidence materials. NSA has been knowingly protecting the spy's activities, cheating the President , cheating American people. I have been victimized by Yuan Sun , the spy from China ,residing in the United States,   and NSA, who has adopted the spy's Advanced system intrusion and his talents, to serve NSA secret mission, which is  to destroy America, replace their Political Economical control through their globalized internet control, which is to replace their E-gov or M-Gov, and their infrastructures... Together, they chipped me, and they monitors and controls every of my move as their human Robot , Together, they have been erasing my memories, and trying every way to kill me. so no one would ever know the TRUTH**....**

 I have been advocating this issue, but not able to find help due to the massive mind control plus system control. I tried to find Attorney to represent this case. But NO one want to deal with NSA. I

1 — 4.

joint the paralegal association, trying to find someone to make my report the right legal formatting. but I was told they could not help without attorney's supervision... I am filing this urgent report to prevent the historical tragedy from happening. There is deadline, there is actions going every minute, I do not have time to waste, and the court may not have time to do anything if I do not report now. The most important is to stop FCC's wrong decision, the announcement made in March 2014, effective on July 2015 of given up internet DNS name registrations.

FCC's decision on given up DNS name registration is to surrender America to it's enemy, is to destroy America, this great nation! The reason I know this is due to the fact that I have been battling over the spy's advanced system documents, inside the Nano biosensor , which were automatically loaded into computers of the hotels I stay, and I have read many of the spy's documents and his set ups... It is after 4 years of research and reading thousands of them over many times. I understand the spy's scripts, logs, their planned activities... I have been trying any of my efforts to report them to expose them, tey monitoring me attacking me wherever I go, and to stop my efforts continually exerting every second 24/7 .. These obscured military strategy and weaponry loaded into my body as human PC and human processor, and embedded into our system, planned by the US military, built by Darpa project, executed by Yuan Sun, the spy from China, Both of whom would never expect me,  their kidnapped victim would ever able to understand it before I get  killed, But I am trying to do my best to reveal the Truth to the world, to prevent the planned tragedy from happening.

 NSA has been working towards the New World Order Agendas.Their secret weaponry and Magic of mind control has been pushing this country moving forward  toward the total destruction . But, in order they can achieve that goal, the First, the most important is to control the internet, not only  hidden control but legally put internet inside their hands, so they can freely to  apply their secret weaponry, they can continue to use their mind control power. These  all need the internet set ups, internet executions.  NSA mind controlled FCC administration to make decisions for them! FCC has made announcement on March 2014 to give up Internet DNS name registrations effective on July 2015. DNS name registration is Internet control!

DNS name registration is Internet control, and the transition has been making everyday and shocking people who are involved in the transition.  This is from the FCC blog: Greg Shatan , a US lawyer who is a member of an ICANN working group, said the change is" a big deal," The change affects"the

2 - 4

plumbing of internet".but, Mr. Shatan does not know what has happened to the internet recent 5 years, when internet connect to the poisons radiations from underground plumbing as weaponry, what disaster will be bringing to people and our society?



The above photo is related to plumbing the internet, I see this everywhere since the spy set up the hotel where I stayed as the center of the world for attacks. These marks around the underground pipeline are the coding and numbers to show where stalkers should pick up signals, poisons and radiations from. ( If No Actions taken) NSA's weapon, the target system will be legally dominate the internet. FCC has been mind controlled by NSA to give up internet control, FCC will continue obey NSA's mind control... they use American's brain, American's hands to build their world project to KILL YOU, YOUR FAMILY AND YOUR COMMUNITY. By July when the internet transition all done, it will be way too late for anyone to turn around the killing situation.....

Please be patient with me for my non professional writings. Thank you.

Qiu Min Ji, Human rights Activist/ Social Crusader
Advanced Internet Intrusion Research Specialist
Tel: 847--364-0162; Website: www.stopthespy.com

3-4

For the convenience to easily matching each Exhibit document with the contents in the complaint . Here is the general exhibit categories and its matched contents:

Exhibit A: Related to the First Implanted Brian Nano biosensor.

Exhibit B: Related to the 2nd Implanted Brian Nano biosensor.

Exhibit C & D: System Related Documents discovered from remotely being controlled computers.

Exhibit E:  Related to the spy's  Action center hidden programs

Exhibit F: The Spy's Bi(Shared) system related document and comments

Exhibit G: document do not have  obvious categories or between categories

Exhibit H:  Related to any mind control documents

4 - 4.

# The Shocking Facts ...

### The first Nano bio sensor was implanted into my brain

It is all started with Identity theft, Yuan sun , the China high tech , military spy after years of invasion on me and my computer, in 2009, almost wiped out my entire savings on my Fidelity investment account, and I started my own investigations in early 2010, Sun started to installing 'nano bio sensors inside my brain, **( Exhibit A-17): The Nano bio senor , Color photos of Nano bio sensor , The cutting edge photo can see the nano chips inside at the last photo with scripts.**

July 2011, I came to LA to see Toxicologist , Dr. Staninger, The experienced toxicologist found Nanos inside my body by her black lights, and MRI discovered the "Meningioma" inside my brain as there is no radiologist ever educated about the implants, but I know that was the weapon as I get attacks from it all the time. Nov 7, 2011, Dr. Level, a brain surgeon surgically removed the meningioma as MRI showed, in the Cedar-Sinai /hospital facility in Los Angeles. Mike, my private investigator, at that time, with another investigator were waiting for the removal of specimen, and sent to Dr. Staninger for further lab testing after it was tested by the hospital. Cedar- Sinai hospital report indicated that the Hospital testing did not find any meningioma line. (Exhibit A-1, Report from Cedars-Sinai medical Center, 6 page, 2011)

About 10 day later, Dr. Staninger received some testing results on the testing, on her Nov. 18 2011 preliminary report, she indicated: "This preliminary report is to confirm the presence of advanced nano materials that combine as working parts/tools to form reactive nematic mesogens or their related materials. These materials are man-made and comprise the area of bio-nanotechnology and bio-nanosensor the technology". ( Exhibit A-2 Nov 18, 2011,Dr. staninger report)

1-43

Dec 12, Dr. staninger wrote another report based on more testing result . The report indicated that "the reddish materials thought to be human blood , but no iron was present in the analysis.. Iron must be present in blood to be human blood." "Micro FTIR analysis result hydrolyzed animal protein." Dr. Staninger's concluded : " The materials found to compose the reactive nematic mesogen with mesogen jacketed calcium hydroxyapatite nano crystal scaffolding is a synthetic man made material. It is used monitor the brain,, CNS and other biological activities of the body, Current analysis and patent information appear to be made in USA...." (Exhibit A- 3, P-1 Dr. Staninger's Report , Dec 12, 2011 )

Dec. 30, 2011,In Dr. Staninger analytical report, she wrote : "it is important to realize that many of the specific frequencies identified in the Micro FTIR identified materials are used to allow specific tracking or biometric equipment to track, monitor, and control or take pictures utilizing the human subject as a walking talking monitoring device. This process is highly complex and involves many levels of science, medicine, physics and engineering. In such case, the materials within the biological specimen will attract specific forms of energy and react. This means that no direct energy wave or short from an outside device has to be present. It may be done on a computer system, smart phone, satellite ,wireless phone towers and /or other similar devices." (Exhibit A-4, P-8 Dr. staningers report , Dec. 30. 2011)

The Nano bio sensor inside my brain , plus many chips "Yuan sun put in, and continue putting in every day at every chance ,has made my body suffer tremendously. The attacking is both automatically set by computer and also live monitoring and attacks since early 2010, never stop a minute.

August, 2013, Colombia investigations , leading investigator, Melinda Kidder, using scientific testing on me , she found out that my body has 34 waveguides, these waved guides cross each other through my body, sending signals and receiving signal.. Her scan observation of note: " Using the ACECO, the FRID scan for Ji initially showed no signals coming FROM Ji. However, the ambient signals in the room were: 2536.873 MHz   the 2.86 GHz switch range. Further testing showed the following frequencies: 2534.957MHz, 2434.203MHz,2533.277MHz. Holding the ACECO at certain points of the body did not seem to impact a change in the signal."

2-43

Ms. Melinda Kidder wrote her concerns on the report conclusion: "...Based in the ACECO and EXTECH evaluations, the points of concern are that signals were present at the time of Ms. Ji's scans and her ELF/EMF readings were higher than any ever seen by this detective."   ( Exhibit A- 5, Colombia investigation report  August 30, 2013)

December 2014, Columbia investigations did another scan on me, according to Ms kidder, new tech have been all applied on me.  My two eyes all being chiped, as my eyes showed Nano through her UV light, my natural brown eyes all turning green color.

In Ms. Melinda kidder's conclusions and recommendations, she wrote: "All things are made up of atoms. Atoms emit ionizing and nonIonizing radiation.  Atoms in the human body emit non-ionizing radiation which can be detected as electromagnetic frequency or EMF. Normal measurements of EMF form the human body are typically 0.00-0.01uT. " Based on the evaluation , the points of concern for Ji's scans are her ELF/EMF readings are abnormally high; there were abnormalities under UV and IR; there were ambient RF which she may want to track to their  source. (exhibit A-6)

Even I  already know who are attacking me, I want to the  research on the attacking source to prove it. Dr. staninger was doing the research. But, she told me that her research could not go on, because NTIA does not respond...  NTIA has such a close relationship with NSA, Knows The battle between expose and cover up, Will Dr Staninger ever get the truth from NTIA is still a question mark.

I know the difference of between August 2013, and Dec 2014. Yuan Sun 's Advanced intrusion talents talents was adopted  by US military: 2013 August , Yuan Sun  basically handling attacking me by himself by using  stolen technologies. Later 2013,  he started to  use US military , the most advanced technology: .Not only my two eyes being chipped, one of the eyes is binded to" document..write", which is a US military program that automatically  reads everything I see, and every of  my thoughts, anything I have written on paper or not. they can read my mind through their media screen. I have seen these evidence, but need time to organized them to prove my statement.  The changing of Yuan Sun's status, and how do I know  will be discuss  in a different section.

3- 43.

Since end of December, 2011, after. the Surgically removed Nano biosensor, I have been reporting the spy's activities for over 4 years. but not able to get any official investigations on Yuan Sun .

Even there was no investigations, I kept the hope burning inside, I  believed if I had enough evidence information to report to the authority, they would arrested him. But, I found more than I expected: I found out that the spy has been hidden controlling the internet since 2012.


## Yuan Sun's System intrusion started with intruded Microsoft


Yuan Sun stolen everything from Microsoft, I found out that by discovered the http system drivers in 2010, I noticed that this photos had Microsoft copy right symbol but was twisted.  Which means he had changed that Http d/rivers content for sure, As a software program, it not likely he would downgraded it , but to upgraded the http system content . (Exhibit  F-1, color photo: Http System drivers discovered in 2010)

April 2012, I discovered  Yuan Sun's  privacy from MSN website, hiding at my hotmail email account. account. ( Exhibit F-2 Privacy report from MSN website, discovered form My hotmail account, April 2012), which reflect how he invaded Microsoft stolen everything from Microsoft. And leave all future products information open to him.

How could Yuan Sun keep invading Microsoft  without MS even get a warning?  I have noticed , from the spy's piracy report that he got  Microsoft Flash security detection, which made him marching inside Microsoft every corner he wants without trigging any attention. (exhibit F-3 color Photo of the Flash security detection )


With upgraded http system drivers and many other s, Yuan Sun Secretly set up  a bi (Shared ) system, establish himself s the hidden internet controller. (Exhibit F-4,  color photo document: Privacy report from Microsoft website June 2012 )

Exhibit F-5: Color photo documentation: Privacy report from Microsoft website, August 2012)

4-43

Yuan Sun,also invaded the White House privacy, I discovered his intrusion through ( Exhibit F-6: Color photo documentations: the White House website privacy report 2012) I found out Yuan Sun invaded US military website, He controls AT&T phone system, (exhibit F-7Privacy report from AT&T website) there are many more privacy report  as Yuan Sun's history of advanced system intrusion that can be submitted at a later date...

### My efforts to reporting to U. S. Government

I am a trusting soul, I have been trusting our government, and trust they will bring me justice, while I research how the spy is attacking me. a few incidents tell me something is wrong...

A.) I have been reporting to US government agencies including the FBI, U.S. since late 2011 with different level of evidence, but there is no investigation. May 2012, I FedExed my evidence materials to NSA, The White house Protection agency and The Department of Justice. I was so excited when mid of July of 2012, Lai Nhon, a LA Protection Agency left a business card at my Apartment door, and asked me to contacted him. I met Mr. Nhon the very next day. Mr. Nhon told me that White House Protective Agency received my materials, and they decided to do nothing. Lai also told me that I should not send more materials, If I did, I could be arrested. About a month later in August, I took train to Sacramento to report to California Department of the Environment Protection agency, about the poisons I have got from Yuan Sun, especially the Bubonic Plague, dangerous to citizens. I had printed evidence to show them. But, the building security refused my entry. Instead, they called the police, who checked my records, asked if I could recognize the name, Lai Nhon, because Lai had put his name as my contact /guardian without even told me. I knew immediately they were trying to put me into a mental health facility, which they had done many times.

B.) Early in 2013, I lost $20,000 from my Chase Bank account; I know it was the spy who can enter my bank account anytime and making changes without leaving his foot print. As I was

$5-43$

filing my police report with the LAPD Commercial Division, Detective Phil Coteze suggested to file another case under unauthorized computer access. I was told that my case was handled by LA police computer detective, and I was hoping that detective, through investigation could bring the spy's computer intrusion to light. Early June 2013, I met the detective named Janice Louie, of the LAPD Computer Division? But I met her at LA Secret Service, and .I was shocked to discover that Janice Louie said she had been investigating my case since I filed it with the FBI in 2011. Investigator Louie called herself an expert that I should trust, but when I brought more evidence materials, wanting to talk about the evidence revealing the spy's Advanced intrusion evidence, Ms. Louie showed no interest at all and interrupted me by ask me about my personal contacts, doctor or friend. I refused to give any names, knowing I could not count on her for any investigations. I believe that my submission of evidence on the spy's advanced system intrusion has made me a high profile to these CIA and White House Protection Agent, my name had been monitored, even newly filed cases on computer with local LAPD, still fall into the hands of Janice Louie, an American secret agent. Ms. Louie has been investigating for three years, and has allowed the spy to continue to sending radiation poisons to me every minute, in an attempt to kill me.

***My efforts to report the spy's Advanced System Intrusion has been prohibited, stopped wherever I go by a Gigantic hand...want to stop my efforts and lock me up in the mental facilities..***

C.) Early Sept, 2013, I went to Wc3 organization at Boston IIT Institute, I have called them for many times, not able to reach as Sun controls my phone. I tried to talk with Timothy lee, the person who invented the internet. I thought to share some information regarding the spy's control, he may be able to get in touch with high tech & companies. The first day upon arrival, I went to their office. A young man was reading some materials I greeted a young man, briefly told him about my visit, and told him to I brought evidence about the spy's controlling of our internet. He told me that he will be ready to talk to me in just a minute. while I was waiting to talk to the young man, with my document in my hand, 4 police came to the office , they start

6-43

yelling at me that I trespassing, Someone called them, I should leave. I started reasoning with them, but they push me down to the floor, use both of my wrists at my back, forcing my face on the floor brutally. Then they asked me that I have two choices: either I go to Hospital or go to jail. I said go to jail. Still, they sent me to mental hospital ER. The Emergency room, doctor, after I told them what happening, they knew I do not need to be at ER, but I just could not be released. due to the procedure, rules, I need to get through. The Social worker talked to me to see if I have mental problems. Then the psychologist came to talk to me. The lady psychiatrist after talking to me, told me honestly, that she was sorry, but she may not able to help me as I was sent in from the public safety. I stayed in the ER from morning till evening, then, I was sent to a mental hospital. I asked the nurse why, he told me the truth:. You are a government conspiracy, You were in mental before. Weren't you? I was forced to stay in mental for 4 days. By Monday, when a doctor came, I told him my story, and the hospital nurse already examined my body, with wounds, Doctor told me if I am being released, I should not stay in Boston, never come to IIT again, and I agreed, he released me.. .

D.) It is after over two years dealing with spy and American intelligence, and after trying a few FBIs, I am finally being enlightened that duty agent has been the only one that we were able to reach, they never turned my materials to FBI investigators, . they belong to different boss, and they were at the gateway of FBI to manipulate FBI's investigations. Early 2014, I started to search for FBI investigators names. by May, 2014, I was lucky able to reach 3 Philadelphia FBI Assistant special agents in Charge, or their office assistant, was able to talked with John Bosnan over the phone, and the office assistant to Jennifer boones and office assistant to Mr. Walker. When I told them I know spy from China controls our internet controls our phone, and I found 30 of his fake Google accounts with photos, they all told me to send in my materials. I sent in right away by registered mail, each has the same but also different documents. But, one week later, when I contact with their office for appointment, I was told that none of them ever received my materials ! Someone at the gates of FBI stealing my important reports and evidence materials from FBI investigators!

7-43

Later of June 2014, I decided to walk in to Philadelphia FBI , to try my luck, to see if I can drop my package to, Jennifer Boone, the Cyber Division head of Philadelphia FBI . While I was talking to a non duty agent who was a substitute, Steve, one of the duty agent rushed in. I told him my mails all got lost, asked if he could forward that package to Jennifer Boone for Cyber Division to investigate. He said No. but he would forward to someone else, they would contact me. I received a response in July 2014 from Department of justice telling me that I did not have enough evidence for investigations.

I have been spending my own savings, coping many color photos as well as black and white submitting the materials I had tried to send to Jennifer Boones and other officers, had and dropped to Steve., these materials are essential to my statement that Yun Sun controls our internet. These documents were also sent to office of Inspector General office . However, due to *the spy's internet control, phone control and his supporter's information system and mail fraud prevented me from reaching any official investigations:*

E.) Inside threat Center in Pittsburgh

The same period, through online research I found the Carnegie Mellon University has a Insider Threat Center, in response to president Obama's executive order, trying to find inside threats to America's cyber security. At the same period, June 2014, I discovered CMU's CERT insider threat Center, that was to respond to president Obama's executive order to find the insider threat to this nation's Cyber security. I contacted CERT hotline, was able to reach Kaitie Washok, I sent my introductory package and I called back, was told that package were received. I came down to Pittsburgh, with more documents to meet professionals at Pittsburgh. But, when I arrived, I could not reach Katie anymore. Instead, a lady threatened me I should not call; I cannot visit their campus. If I did, I would be arrested. She claimed at beginning as phone answering, but later said she was staff . Since the spy's phone control, each time i called the CERT hotline, she was the only one who answer it, she refused to tell me if Katiee still works there.

The effort to stop me goes further: July 3rd, two CMU police came to Hampton Inn, the hotel I stayed, and sent me a restraining order, telling me I should not visit their campus, if I did, I would be arrested!

8-43.

## Massive Computer Intrusions

I discovered the spy's intrusion documents April 2014 at the remotely being controlled computer, Now I know that is actually inside my brain automatically intrudes any computer I suppose to be closed at.

The 4 intrusion documents, each has it's own responsible aspect to automatically intrude a computer , stay as admin, and Changed its functionality as Error Function, matching the advanced internet system operated by Base image, stay as the Advanced system, and being able to functioned as their Action center for the spy's activities, and for many of their criminals to log in and to join Yuan Sun's night time attacks on me. Below is just one or two sentence to introduce the 4 advanced system intrusion documents :

(Exhibit C-1) "Migrate.dll" is a easy to understand as there are terms we are familiar with: Page 2 from t bottom line 24: MigrateUsersAsPowerUsers   Yes MigrateUsersAsAdmin       ForcePasswordChange Defaultpassword   UserDomain IgnoreNetworkErrors UseLocalAccountOnError...".

(Exhibit C-2) "smwdnch4.info", is a monitoring set up document that tracks human beings. Both www-emembedded players are system default settings. One is for base image that controls the internet. The other one is Window function on Error settings.  Both (Exhibit C-3) www- embedded  player-vflhmUEVv, and www-embed- player-vfln9dImx (Exhibit C -4 ) supposed to be embedded inside the being intruded computers for the automatic High system intrusion.

The Criminal spy &NSA   has default settings in these   massive computer intrusion. They can automatically intrude any computers, and stay there as admin, and the being intruded computers not only automatically host their documents, but also provide service to them as the advanced system action center. Since Yuan Sun use I system, every hotel room and the hotel I stayed become the center of Sun's attacks, and it provides automatically information of the locations, syndicated the timely attacks accordingly through their preset programs. The being remotely controlled computers also provides advanced system logins for their insider criminals or being cheated fellow citizens who know how to log on as the Admin, and able to see all their features messages, and join the attack on me.

The owner of the computer would had no idea how their computer have been intruded, and how many people have been logging into their computer as admins... because the spy do not change the desktop settings or icons, even the contents of these files have been dramatically being altered, not even functioning any more, it still stay at your original desk top locations.... Many people do not check their

9-43

computer files, they may never noticed that they have more programs on their C drive, and they got the intrusion documents to allow the spy to stay inside never recognized  their computer have been intruded being used to attack fellow citizens, as most time the attacking and log ins happening  after midnight, the owner all went to sleep, they use their controlled  computer as their networking, sharing their information and  sending attacks .

It is hard to understand spy's tracking document if one never being monitored. So I spend some time to explain the web data monitoring document, "smwdnch4.info" that I know due to my unfortunate experience...

 A year ago, I have seen maps, postings by Sun's fellow criminals as they all know how to logon as admin, how to join the attacks on me. I have seen maps, photos to show exactly where I am located, and these all through the many scheduling programs that already inside my head.

At Phoenix AZ Jan 2015, I  found a very interesting document, called 0 document at their action center. It was the spy calling for actions, looking for criminals who can breaking gas line , but he put i s as "bad rats" need to take them out, and he will pay gold to exchange rats.. . That obviously was a call to breaking the gas pipeline for gas attacks. The spy use gas to attack me when I was in Los Angeles, before he follows me to Phoenix. That was a very bad gas attacks, even some people may not feel as strong as I do, due to the chips can  force the gas to my repertory system . Obviously, the spy wants to do that again in Phoenix. I have printed this 0 document to share, but there are a few pages totally blank. Even I tried Many times. The spy started to control the printer more skillful and almost instantly, which is his way against me efforts to expose him.  when he sees the extremely important part may go to public, he holds that part not being printed.  I can assume that in the 0 document, there are more calls for actions even worse, or even more obvious  than breaking the gas pipeline in exchange gold.  The spy may had preset that part of information not being  printed , so his too obvious illegal activities would not be in my hands to share with public.

 Another time in Jan, I saw there are many detailed listings on my memories, Sun provided choices for their act on it. I also saw the headline of the calling: take care of the mother board. I was trying to take a photo on it, but the spy already found out his ignorance, and he hide these content, I could not see them again… But, I saw other times Sun was dumping physical memory to his CDs…(Exhibit E-1 color photo, 2 photos in one page).

10-43

Yuan Sun has been trying to erase my memories to make me a fool that I have nothing to report. Since Jan, I felt my physical memory has been diminished erased by these actions, some very familiar words, names, locations that I should never forget but they just disappeared from my memory. Since Jan 2015 I started considering law suite NSA, the spy was trying to erase my memories to make me an empty brain, knowing nothing, so I would not able to write my case. Even I am a being controlled, with a damaged, injured and handicapped brain, it does not change my determination to report them, even such a normal job has been hundreds times harder to me, the being monitored, being controlled "human PC", "human processor" or "Human Robots" ...

Even for over 5 years I have been forced to be controlled by their advanced system, I only see thigs when the spy forgot to lock their secret communications, which happened more before I understand these documents. As my brain activities being monitored, the minute they know I understood these documents, they started to lock them , so it is not easy for me to see now ...

Feb. 2015, I found an opportunity to do some documentation on their action center, at least I want to tell the world how this part of the computer functioning. While I was taking photos on the computer's properties, I recognized the ID of me, x86, x64, PCI ... I finally understood that the massive being intruded and remotely being controlled computers has been by me and by the documents inside the Nano Brain Biosensor. I am the human processor x86, x64, I am the human PC , called PCI. I am the PC running by AC, as the spy has installed the Nano bio sensor, which generate steady electricity, as the Columbia investigation tested the higher EMF level . (Exhibit A-5, & Exhibit A-6)

I took over 100 photos , here are some to prove my point:

1. Exhibit E-2: 8 pages of color photos with Advanced system files. These 12 photos Listed some detailed System Files:   ( Exhibit : E-2)

P-1.  System. Data. Linq
      System. Data . Oracle Client
      System. Data. Service .

P-3:  System. Data. Sql Xml
      System. Deployment
      System. Design
      System. IO. log

2. Exhibit: Z-3: 5 photos reflect the Human PC.
ACPI x86 - Based PC programs inside Human being

3. ACPI x86 - based PC     ( Exhibit Z-4 )
2 photos show details of the Human PC. Human Processor
set ups ( I should be able to find another page.
Page 15: Root \ LEGACY HTTP \ 000.
page 15 show mind Control programs

4. 34 photos show more set ups on Human PC
one of the black & white photo shows:
% System Root % \ System 32 \ imageres.dll, -30
( Exhibit Z-5 )

Exhibit E- list of documents titles, , some of them are familiar to me as system files. One can imagine to have an advanced system that ready to replace the innocent http system, by stolen every technology on earth, to become the only one in the future, to dictate the technology field as political control . They DO need a lot of documents to support their system.... Just guess by these file name now.  As for the exact content I would ask court to have a Subpoena request them to submit all the documents for reading the "REAL Content".

12-43

**Yuan Sun installed the 2nd Nano Bio sensor inside my brain**

Yuan Sun follows me wherever I go,  He  installed the 2nd Nano bio sensor into my brain early 2013 while I was in Los Angeles., I still remember that evening when I was walking down the street, and felt sudden pain in my left ear, then immediately, followed Yuan sun's van flying by. I knew I got chip  again. By Early June 2013, I went to hospital for check up, my MRI showed that I had another "meningioma" the same size, at the same brian location.  Since Yuan sun has the freedom to install them I could not afford money and pain to remove them. These below are the some of the  documents I found from the remotely controlled computer, but reflect these are actually inside the Brian Nano Biosensor.

(Exhibit B-1). cpqdl , Software ID=12081159CE46328A0E
This 5 page document was found Nov. 24, 2014 from the spy's intrusion remote computer program. This is information on chips on my skull and the 2nd Nano brain bio sensor inside my brain. That is the 2nd Brain Nano Biosensor that the spy installed in early 2013, uploaded his advanced system intrusion documents  to hidden controls  our  internet.
How the spy could get so many chips on my skull? That was during the surgery and recovery period, from surgically remove the first brain Nano biosensor. The spy put many chips onto my surgery wounds and stitches area of my head, then these Nano chips grew into my tissue, becoming the spy's "master of component" .

Page 1,sku3=CD1HHHHHH234919 is the Nano CD on my eye. He put in the related software on the Sku3. Also in page 4,Bom1=CD1HHHHHH234919, Sun put Document.write into my brian , the bom1, so my eyes automatically report what I see, automatically read to them whatever in my thoughts. I no longer to be able to hide any secret, either written or verbal or just a thought. .The technology allow them to monitor my brain activities through their media screen. This technology was the  recent and most advanced technology totally  intrude, monitor  and control a human brian function....

.(Exhibit B-2), 40 pages document: build- ID=11NA1MRW604

CreatedBy=Lin, Carrol

CreatedOn=12/5/2010. 9:05:14 PM

13-43.

This looks like many details programs that installed inside the nano bio senso. According to Dr. Staningers research on the Brian Nano biosensor, on her report on Dec 12, 2011: "......Under U. S. military applications there have been projects that deal specific tasks of textiles, biosensors and fluid lab-on a chip MEMS under small business developmental grants for the US Army, US Air Force and (1991-1995) by the Naval Air Warfare Center in China Lake, CA".

I know Yuan sun controls the energy, connect the higher energy through cyber to control our AC or DC power. there is evidence of the documents and the links can instantly connect to the higher energy . ( Exhibit B-2; Build-ID==11NA1MRW604 )

I want to show a few lines middle part of page 6:

B1K_31=p0000F-B2J; p00000F-B2H=Cyberlink PowerStarter

BiK_32=p0000F-B2J; p0002A-B2K=Cycle ID for ww- (Blue & Red)

ww the Advanced system is ww,not www. recycle ID is in blue and red.


3.  ( Exhibit B-3. 28 page document: recovery-CD/DVD mode) This is  from the spy's Util Folder, 1104103671BC74293A,   I believe this is military initial project See the below on the document:

dpc11NA1MRW601, MLini for Base Build, 0

dpc11Na1MRW602, MLini  for supp Build, 0

This document was not able to print out all of the pages, due to the printer was remotely controlled, thus only printed 28 pages. Of the printed content, showed a index, the spy's recovery backup list, of the advanced http system

Please notice that in  this recover list, all the documents listed, each  has a detailed  Nano brian biosensor address, and the internet address is  0.

page 1, line 22: p0001E--B2P, Skype offer for WW,0 ( ww is the spy's advanced internet )They have something to  do with Skype.

14-43

4.. (Exhibit B-4: Act sample Logs) Part of the the 261 pages action logs I discovered, Sun download the Advanced system programs onto the 2nd Nano biosensor, on June 2013. These sample pages has exact date, time that Yuan Sun uploaded his programs into the implant, Act sample logs )

5. (exhibit B-5 wu-IE10 page log) Yuan Sun was able to obtain a special coding from Microsoft , that was the coding was able to connect to the internet, but internet setup only 0 so no one can find out where these files located. this one page document, wu-IE10 Page log can tell how Yuan Sun obtained the connecting code, 0x00000000. This looks like a legitimate obtained coding from Microsoft , but may be not . Because by 2013, Yuan Sun has been hidden controls the internet for over 3 years, and he has stolen everything from Microsoft company, can clone a Microsoft website just for asking his coding... It is with such a coding, Yuan Sun was able to connect the Nano biosensor with the advanced controlling documents, connected to the internet but hiding his resources

 documents that initiate the advanced system. You will see many other companies programs listed  on the advanced system documents, such as Hewlett Packard programs These are not normal hewlett Packard programs any more , they are being secretly altered, reformatted only to serve the spy's advanced system, they becomes Advanced system related documents, with the real locations at the chips inside the Nano Bio sensor in my brain or in chips at my skull, and able to connect to internet

Exhibit B-6

6.. <?xml version="1.0"?>< unattended><setting pass="**OfflineServicing**">
This  is from the spy's util folder ( means utility), to attack by direct energy. This is a list of different documents on default settings on automatically convert our energy, DC or AC to higher energy to torture me . . I see it and know immediately, this is due to the fact I have been attacked by different radiations wherever I go. The spy is able to automatically convert our normal electricity, in DC or power in AC to Solar energy to burn me, But, whenever I need to write documents to expose him, he use mind control, also by default settings, to make me unable to write, but fall to sleep, due to his <HibernateEnabled>

Exhibit B-7

7.. One of the spy's higher energy control operations is his UVPERF, the 2 page document I found at Google, Mid of 2013. Sun can get in any computer to take control by his UC Browser that has conquered

15-43

all other browsers, and can connect any·energy levelby his UVPERF. But since I discovered this document, he started using different word.

Exhibit B-8

**8 .) Updated logs: This log updated logs was found while I am writing this report. The total page is over 2 thousand pages, and I could not print all of the pages. So while I saved the document as electronic file, I printed the first over 300 pages. When I tried to print selected pages, the spy 's control of the printer wont let me, So I decided to copy selected pages as a small file, print additional pages·. Even these copied files, when printed them, has to start at page one, the date and timing sequences can still tell the activities that has happened. These about 500 pages of logs will tell how te spy has been updating his already input documents what has . been , what /other business institutions are forced to get involved in their advanced system intrusion but had no clue how they got there....**

Exhibit B-9

9. Microsoft.net/redlist\AssemblyList4_client_xml, This 6 page document is the spy register my body with Microsoft as PC, as computer, he lied to distribute software registration of his Advanced system by throwing some sneaky business file names . When he give a name inside a quotation mark, it all goes to the Advanced system initiate files.

Exhibit B-10

**10.) The spy's 4 years controlling of the internet has altered internet meta links , normal words terminologies even look the same but their functionality have been altered by the spy and his fellow criminals in order to use them to send poisons radiation to kill . Nobody would ever thought to click open LOL, MSN's program is to purposely to attack another human being. This 9 pages logs shows the spy thread different programs by radiation, connect to http system, directly goes to the Brain Nano bio sensor location. The spy's Advanced system has been penetrating every corner of our internet. Many programs in yahoo, Google, Bing, MSN, have been altered their metal tags, being used as his weapon for attacks. LOL from MSN and many games are also being used for attacks. For example, As he monitors every of my move, knows who is around me, he sends text message to the person around me. when the person open the LOL, laughing, I got bad attacks.**


**I.) The spy also chipped both of my eyes with CD, each has different documents connected to the my eye chips. One is called Document.Write, that is uploaded inside my brain. Anytime, I read or write anything, or any of my thoughts cross my mind, this program would automatically transform them into language, Sun and other master criminals can see my writing, reading or my thoughts from their media screen. I found at the same document of cpdul, sku3=CD1HHHHHH234919 is the Nano CD on one of my eye. Sun download the related software on the Sku3. Also in page 4, Bom1=CD1HHHHHH234919, the software for document.write. (more discussion on mind control and document.write later.) NSA Developed these programs has been totally violets all our rights to live as**

16-43

human being,  exploited any of  right to have any of my own space, not tracking me physically but mentally every of my move,every of my thoughts with the purpose to kill me, to prevent me from my ability to write any documents (If I do, they need to know what. ) Their system control, internet computing control , plus mind control have been made almost impossible to  revealing the truth , and  I have been struggling to do so  for 5 years....

I can not guard my body from being invaded from being monitored and being controlled, and I am only among the hundreds of thousands Americans, world wide over millions . this is the technology that developed by US military, experimented started over 30 years ago, the secret weapons has been used to target any American h who tell the truth, who report their wrong doings or criminals to revenge. the statistics goes higher and higher, more and more ... our lives are being ruined... Who gave them the rights to turn our normal life as tech slaves ? Who have give them the rights to torture target Americans from hidden technology? And these document so far  have not even scratched the surface of the weapons technologies that the spy stolen from United States.

The prove of Sun's contents in the Advanced system intrusion contents may take time by experts. But since I have been forced to be at Sun's system, and he controls my computing all the time, and i saw his advanced system files many times I am on the computer. I recognized many of his advanced system files through reading his document list.


 Yuan Sun, the high tech, Military spy from China, after stolen all technologies, inventions, from America, invading and torture American citizens and Intrude white house privacy, with Joe Biden's profile in his hand. not only he was not arrested, but he was being protected by US military and Intelligence for his " Super intrusion Talents" , his project was adopted by US military, Intelligence for his chipping American, Obtaining Dome Documents, by threading the System documents by radiation, and uploaded them in the Nano Bio sensor installed into human brain.

The time when Sun and his project being adopted by the most powerful group, US military/ Intelligence was fall of 2013, even most people may not notice the change, I did. How could Boston Police arrested me for my visiting wc3 organization? Who told them about me if not the US intelligence or US military, all belong to NSA? Since the spy's successful merger with NSA, I become high profile to be targeted, I become the http proxy to be killed... I suffering more and more by their determined kill that spread in many of their projects within their ultimate power one hand connected to the Nasa gadget spectrum , and spread out in many project in the common goal to kill me... Every second, they poke

17-43

holes in my nose around my nose many holes on my face around my neck... the spy push radiation air poison air to the holes that can get into my breathing system, while using Nano and other radioactive materials to blocking my natural breathing system, forcing their poison radiation air circle around to my respiratory system. I find these Nanos greenish radioactive materials everywhere in my body, especially on my face area...

According   *Exhibit B-11*                                                              to documentwww.brain-minds-media.org/portal_javascripts/DiPPClassicTheme/ploneScripts 6962.js , that is the treatment of "tbody" it meas my body evenly spread out Nano dust and radioactive  materials, the most advanced one that MRI can not find as evidence) that I am being grid so tightly, they can hit me anywhere any time they wants to. they can send poisons through any of body system .

The 45 pages of document discovered in October 2013, when the spy already registered him with their communication website. This document from also a feed back, coaching and discussion from US military media Expert regarding the most important issue --regarding the http Proxy. It gives advice how to attack, kill, how preserve the exsiting, the source documents in the human that was being kidnapped. I have read this document many times, and knowing I have been through all what Sarissas supposed to get, and Sarissa is only a supposed name in the document, and Sarissa is the http proxy Sarissa is me.

Just glanced at this document, you will se some words you do not often see them, such as, XMLHTTPREQUEST, XSL TEMPLATEMS XML, newActiveXObject,etc they are rlated to the advanced system document, they are the weapons to use to kill other human beings with opposite opinions.

What in this document about Sarissa is arrangement or expectation of me. Page 32 from top of page to the Line 30, These are the many titles that I have received, and they are spread on internet setups. However, professionals would not see any problems because what they use are computer terminologies . " msie" "webkit or a prefix "" with or without words inside all default settings for Sarissa to get protocols .

The last paragraph talked about Sarrisa is IE, needed to be used by XSLT, which is "xsl" , var-SARISSA_DOM_PROGID=" '. Var_SARISSA_XMLHTTP_PROGID=" " var _ SARISSA _DOM_XMLWRITER=" " According to their experience or expectation, Sarissa will be killed. then to pick most recent progIDs for IE, then gets destroyed. ( called means the grid to victim fall off , the feedback sound start again when the victim parsed (dead) ) then to pick most recent progIDs for IE, then gets destroyed . Document reading so far, prove the weapon the power that the designers have , the secret weapons can put any

18-43

one in death role, monitoring tracking to kill anyone without bloodshed, They can kill anyone who they consider cross their bridge of their authority... Where is our law our legal force applied in our life?. How many Sarissa has already be killed silently? How many have been injured or handicapped by their killing efforts? How many still suffering?

The target system has set up as system control. The secret technology, the weapons have been developing for years, only handlers ( to attack through bio system)and victims who are being tortured through the air knows the facts. Our society, 95 percent of people have no idea of the system that will be taken over and to control their lives. Instead they have been misled by the betrayals system control that is anyone report they are being attacked, they should be sent to mental hospital. All target victims being beaten up, hard to survive the physical torture, lost jobs, no money, being mind controlled, barely to survive, no time nor energy to find out where the attack coming from. I am not the exception, but more determined to find out the truth, and feel so much obligated... If no one able to expose this dangerous system this system will swallow American and our freedom. Not only small percent of Sarissa suffering, but majority of American will become Sarrisas suffering and under their tyranny of control.

For months, I know I had been x-rayed by xml, the animation with high speed. Every night, he spy will use the animation to attack me. It is after reading the 45 page of document, I know that is was the spy's killing efforts trying to thread the xml into the dome documents in my head. Since I discovered and realized that the spy put advanced http system files inside my brain and skull, and discovered many evidence that when and how he installed these files at end of Nov. 2014. I started to scan and copy these documents, and write my comments, ready to share with fellow Americans. Recently, I felt extremely heavy kill signals, the worse attacks are the spy's arrangement to kill me by radiation and heavy global attacks, after midnight, at my hotel room, as the spy use audio impaired system the trig bites to attack me, and control my hotel room energy, making my hotel room hot water with radioactive materials that I could not even take shower to detox... .Night time ,when I wake up, I found out strong x-ray was beamed through my hotel room window, I went out to see, a big truck loaded with heavy x radiations facility parked outside of my hotel, as the beam source to kill, I escaped to the street just to survive... Thus, I started to read this this document again to see the spy/spies strategies, what will be next. They know I am determined to expose them and their advanced system. If I were sending these the Advanced http system documents list with their the current locations inside my brain chips, people will be able to see them. But, would they take away the documents inside my brain, and to make it impossible for anyone to see by a click away, so they can continue to hide the Truth?

19-43

My question on their strategies already being listed as one of the ifs. . Pag34 from top, line 15,

Sarrisa.PARSED_ OK

Page 35, from bottom line 23 to line 18, explains

if(_SaRISSA_THREADEDDOM_PROGID)

this.processor.input=sourceDoc;

var outDoc=new ActiveXobject(_SARISSA_DOM_PROGID)

this.processor.output=outDoc;

this.processor.transform();

return outDoc;

The whole process and consequences of taking out the documents (the thread Dom)out from my brain, so I become a oDoc( zero Document) and I also automatically become the New Active X Object. XSLTProcessor prototype transform To Document=function(source Doc)

The spy/spies decided to pull back their source document from my head in order to hide the Advanced http system document, now I am getting more severe attacks. Active x Object, means both x-ray and laser that beaming x-ray to my body. I saw not only set ups, but the daily radiation attacks by the spy/spies putting these on their cars, trucks, on street lightings building lighting wherever I go, on any computers I use, especially, he put together a website, zoom.com , with my body images, organs, heart and lung, zoomed in to put on Google or and many computer, mobile phones, text messages to attack me to kill me…I see the different documents , the spy 's arrangement to order to kill me …

Also what Sarissa get will be what I get. page 34, while they use XSL to kill, they also thread the XSL http system. They will obtain an Advanced system with all XSL http system files, which will be used to kill me when they put them back to my head of these system documents and allow billions to access the files through which to connect to the internet..

. "Sarissa parsed (killed) OK" (page 40, line 16 from top). Page 41, Line 28 from top is what they really want to do. "b PreservedExisting…." They have been forcing me to serve their advanced system while torturing me, and now they plan to use my body, preserve my head to host these chips and to serve their secret Advanced system after they killed me !!!

Due to the spy and US military in such a plan, I want to make my will clear to the public that I will not serve their system, I had never wanted to be chipped when I am alive, I will not want to serve their secret system after they kill me. They have violated all my rights to

20-43

live, against their criminal, their betrays action to kill has been all what I want to do. No one should preserve my body against my will. Instead, my will to handle my body is if I died, after being examined by experts, is to burn my body to the tiniest ashes, smaller than dust, and spread by to the mountains and oceans in the United States. That is my will. No one ever could change it! As I am creating this document, the spy /spies heard what I do, they use more fierce weapon, the laser to kill me, they use both x-ray and laser, the schema and cyber knife to make my muscles disappeared, they use gas put on my nose to breath even in public settings...

The spy not only chipped me, he has also chipped my daughter, my only child, Jennifer Chan. when I was at my Illinois home being chipped early 2010, she also suffered being attacked and mind controlled. I knew she probably already has the same Nano Bio sensor in her brain, but Jennifer did not want to examine to confirm it, knowing if that was facts, she could suffer just as much as me. I have seen the spy's set up on document, my daughter's profile in Chan family with her ID..

The log one of the document showed the spy have put in the same Nano bio sensor in two, the name of the log indicate 2>&1, and one file on the Nano bio sensor has her birthday and mine as part of the title. According to this 45 page document, I supposed to be died, and I suppose to pick another proxy to host their advanced system. Who that could be? The Root. I have good 6 sense, knowing that the spy has been trying control my daughter's mind to come to California to visit me, I love to see her, but knowing this is what the spy wants to do. To weave the XSL Http System files into two Nano Bio sensor to secure their system, and I have asked my daughter not to come but stay away from me. But, if I died, I would not be able to protect her, and I need public help! To examine what she already have in her head, to prevent any advanced system files weaving radiation into her brain chip. That may be the best to prevent the advanced system files put together in human brain.
I know clearly that since the spy's merge with US powers, I got more and more attacking force. I have been suffering and now more suffering more as the http proxy. ,But, I will never back up, As of today, to report such a crime, and to reveal the TRUTH is the only purpose of my life. The more research I do, the more I know the importance. The more materials I have in my hands, the more fierce enemy I become of the spy and the NSA;s. They did not expect I could survive this far, they never thought anyone could ever figure out their secret weapons...

Another document can reveal their joint efforts to kill me. Projects/tor.git/blob This 104 page script was discovered at Tor projects website.   Exhibit B - 12

21-43

This site shared the same system with the spy, the Bio signature of the spy's advanced system documents: % S There are many places talking about to be in the % s system, many places display such bio signature.which has been appeared in the spy's intrusion documents, such as "Migrate.dll" "Embedded players... To share that bio signature,% s means they belong to the same Advanced intrusion system. From what the site is doing, only read first half of the document, Tor project, is building tags for Yuan Sun to attack me . Here is the belong reasons:

 Due to the spy's setups, any writings in using the quotation mark, " ", either with inside contents or not, it is the spy's metal link connect to the base image for attacking purpose. This 104 page document has its first 14 pages, a quotation marks/Prefix " " in every words and sentences, that means the document has already build in many tags for the spy to attack me .
The rest of the pages, any talking are using the quotation marks, which also builds lots of tags for the spy.
. Page 48 is talking about different proxy. We can see from the sentence "http Proxy Failed to Parse or resolve. Please fix." It means there has been a plan to kill http proxy, and she did not die. Please try again. The scripts use language that only people who handles the attacks or who are being attacked would understand what the meaning is. From this page , I believe that this whole script Tor project is to help to kill Http Proxy. Due to the plan on this page. That every proxy can have port 0, and http proxy is 0 and plus other ports as 443, 80, 512 etc. That alone has built lots of tags for the Advanced System intrusion, for the spy to attack, to kill me

What does Tor project do? Page 21, line 1383 to Line 1390, explains that " we use pluggable transports but the Extended. Yes, they monitor,  track attack and kill people, but they lie to public that they provide anonymity. Page 21, Line 1357 to line 1360:

Who has the authority to scan other human beings? Edward Snowden exposed how the NSA swept America. Who else would have the power to sweep proxy if not NSA or US military or Intelligence?
But how many proxy have been tortured? How many have been killed? If they have done something wrong they should be prosecuted and put in prison. But, proxy are legal citizens, advocating for the right cause, they speak for the truth, they do not bend to power. How could American being tortured by such criminals, how could our Legal system our

22-43

democratic system tolerated such Illegal acts?Is it time to bring all of the criminals to the stage to JUSTICE,?

Page 22, Line 1449- Line 1450:


Tor project has building a lot of tags for the spy, and there are many other pages to investigate to find out how they do it.

It admit " we use pluggable transports but the Extended. Tor, they monitor track people, but they lie they cheating the public they can protect their privacy...

Page 20, line 1307: * Return 0 if all goes well, return-1 if it's time to die. They are running projects Transport proxy, are not legal, they are doing it underground that is why whenever they know someone against what they wants to expose them, that may be the time they die.

Due to their hidden political agenda, anyone against their betrayal or depopulation program, anyone who wants to expose what they know, any one wants to tell the truth, have been considered as bridge the authority, or challenged their security, is being listed as their enemy of proxy , and uses their internet control power to put them on the target system, to torture to kill by their secret weapons . Since I have been dedicated to finding out the truth, They labeled me as Proxy, and they have been trying to kill me. Tor project has been building tags for heavy attacks.

Page 22, Line 1449- Line 1450:

A Few more documents to see their collaborative efforts to torture to kill me

1.  <Module><ModulePrefs title="MSG gadgeget.activity.stream.title" 13 pages of document found at Https://wikis.oracle.com. This document, reflect how the spy and his allies gather attacking force to kill me. I am sure professional will be able to find more on how they do it... I felt the attacks as stream or wind. The advanced system controls the weather, Weather bug is one of the spy's documents in the Brain Nano biosensor.

2) ." x-ray spy", " Skeleton" Jason Export both found online. They are cheating American cheating the world launch heavy attacks on different part of my body. The spy already have default setting, through these projects, they gather many computers, many are innocent do not know but being hooked. Then the spy asked them to leave 50 Megabyte for

23-43

him to manipulate. The spy have stolen hearing aid program, he make a normal as Trig bite. He put all of his attacking software use their technology, to push inside my bone, my skin, and my organs by large amount of the same default settings, form huge force. The spy have been suing his heavy attacks when I am at my hotel room. . While, he attacks me any times he attacks me a lot and he can reuse the torture force and recruit more computers to get add more attacks. The spy attack me at my spine, my back bone, by e harsh, by geometry entry, by gathering millions of computers all over the globe, and manipulating them, by the spy's special weapons that appeared to be normal but with default settings for attacks, such as phone text message, games, LOL, Ball games etc... I have been set up as Java scripts, which can send chips... . Bones, Slot, skin, event, the spy is able to put the attacks together to have huge enough force to get into my bones, skins ... slots? Any lower parts with both side higher in body. can be slots, private part, body bottom, underneath the arms, eyes open or closed, all labeled as slots and skeleton have been the global programs to be used to attack me, that can also be proven by the scripts also attached Xml document3, I found . I have lots of body wounds, but most slots are too private to let anyone see or take photos...


3. Work Flow. Visual Basic Target. Intel 3D graphics


There are from many 3D graphic Documents that are inside the Brain Nano biosensor. they belong to the Advanced system, the target system. These files are part of automatically tracking monitoring, and automatically set for attacks. Not only they see me at normal light, I can also be seen even I am at very dim lighting in my room. As my situation getting worse, I trying not be seen i y room. Even lives in the modern society, I have to live as primitive as I can to avoid power, lighting so I would have less attacks. However, my hotel room, even i changed often, still the spy and other criminals figured out how long i stay, they already have default settings on the attacks. When a small room being invited the world energy for attack, my hotel room becomes the most negative energy, and the spy's heaven to practice his all different weapons. Even I walk in my room in the complete darkness, the spy is able to detect where I am located, where is my foot and where my head or bottom at. While I trying to avoid him finding me, being very quiet, but he use the sound I made amplified 100 times, to detect where the noise from, he use other sound or light to find me,Su has about 30 weapons that I saw on Google drive, Many of them are his weapons that applied me when i am at my hotel room , and he can use any of the sound I made to attack me. He also default setting the certain sound as default setting for certain

sound sending chips. He would use any sound or any noise to detect where my body is also he can attacks me and sending chips to me.

4.
−opensocial/nuxeo-opensocial-Gadgets/src/main/resource/Gadget/confluncefeed/confluncefeed.xml.
This was found at website recent weeks. This is obvios attacks by, xml. It also have a lot of technical default set ups. I believe this is either from the spy, Yuan Sun and his supporters tjoint effort, trying to kill me.

5. SrchbxEX.dll this 47 page document specifically searching for me The set ups all to search for my images because they do not want America to see the different Advanced http documents that installed in human brain and skull,they do not want me to expose the truth., and removed their advanced http system documents from my head , trying to hide, Now they revenge on me to kill me.

6.) ieproxy.dll, 64 pages document on the spy's setups, how to get IE proxy, how to search for my image, how to target me, how to kill me, by all the technologies they have. …

7.) Lan_profile_v1. This one page document found during the new year of 2015. In this document, the<xs:element name="OneXEnabled" type="xs:boolean" />This either from the spy or from US military, or both. This is the weapons to attack me

8.) Onex_v1, This 3 page of document was found at the Ramada inn hotel, during the times I am writing this report. It is another military authority give policy to attack me. The 3 page document seems progressively using heavier and heavier a weapons, as they really want to kill me. The reality is it is harder and harder to survive. To write this report I have been tortured anywhere I do or stay at my hotel room. Sun put radiations on computer I have to use to write. He remotely put radiation in street light, car lights, inside any store making the red lights like bleeding, greenlights like waterish. They all connect me by radiation. Since the spy put software on me , these radiation all connect me , but I carry a few car shade everywhere I go, trying to block their attack beams. But they coming from everywhere, room lighting, Our people have been under mind control, not questioning or alert about the radiation flowing out from, but saying they feel it is too bright, but important to leave it that way, or they were told they should not turn them off....The mind control plus System control has been the magic force for the spy and NSA to moving their secret mission forward

25-43

As I have obtains solid evidence, the spy's killing efforts also escalating, and escalating more... . A few facts as an example to show of how Sun and NSA supporting agencies have exploited the normal life style I should like anyone else. Instead, I'm being tortured, escape to different hotels   to survive , to tell the Truth...

1.   As Sun has much more power in using the whole internet the global control of internet, and connect the attacking force to Gadget spectrum, He create protocols as deliver the stream the attacking protocols directly to any app, including my bath tub!. Plus, the spy and his criminal have created sound profile as their weapon. Whenever I am in bathtub, the sound of water being heard, the protocol of stream coming to the bathtub, I got more injuries in a shower as I do not have  my clothes as protection. As today, Sun's fierce radiations have already made my leg muscle disppeared, Injuries in my head and my body... all through the air...

2. Sun after joint together with US military, started to made me a "tbody"24/7 putting innano dust and radioactive materials evenly spread on my body. Sun, not only put in my body, he aslo put in my hotle room water. As he controls the energy, he converted and  uses the solar energy to get hot water, with the radioactive materials inside the hot water. That has last for months, and I could not use the normal hot water in every hotel room. When made me a tbody, he can hit any where in my boy as he wishes. He hit my legs, I could not even move, he hit my neck as rope that many of friends and  professional saw how he tortures me by electronica ropes ,many times. He hit my private part making me pee in my pans immediately, to embarrass me to create difficulty, and  show how he defeated me...

3. Sun and other agents puts Nano, and radioactive materials inside my meal. either in hotel restaurants, snacks, Sun and his fellow US agents would chase e around, They Drop nano materials radioactive into the food placate I have . For almost a year no,  I Don't feel confident to go to restaurant take any orders as once I felt sick after eating in restaurant, another time I tasted the radioactives and not eat the dish.. Every meal, I need to pay attention to the black Nano, pick so many of them from my oak mealor my food on my plate. .Even I ate an apple , I can see the nano piece directly drop into the apple that was in my hands...

4. Sun Controls our energy our infrastructure. Amtrack, commuter trains, airplanes, cars and veicles, all,  building energy, ect all  can be under his higher energy control,   The Document   <?xml version="1.0"?>< unattended><setting pass="**OfflineServicing**">  was found Nov. 2014. This 6 page document, with over 200 hundred of listing are Sun's  default settings of converting normal power level , AD or DC, Powers in different settings, residential or commercial, or  street lighting, Different voltages of powers, all preset to co be converted into Solar energy. This documents has been putting inside the Brain Nano Bio sensor that wherever I go, the conversion will happening immediately to torture me by burning  me. Thus, I always trying to avoid lights.. Lighting has been Sun's weapon to torture to  kill me , Sun not only use Solar energy, he can also have many different radiations coming out of any lights, wither street lights or bicycle lights, car or van lights  These are a or  to Higher energy control. That is the reason, in order to survive, I have to be in the totally dark in my room. I was able to

26-43

use  dim light in early Jan 2014, but Sun has use any dim lighting even my dimeed cannellights cooperate with higher energy. to attack me with strong protocols. One of my candle , only burned a short time, stop working.because My room was full of nuclear weapon attacks they are through that candle dim lights, the candle burning fabric  was glued with Nuclear  elements many metals ...

5. Even I am in darkness, difficult to find my way to take shower, I tried to avoid any noise, the spy's  many weapons all applied to me all at my dark room that already has his default settings. Each time I go to my  bathroom, the water come out of my body is power to send me more Nanos. Sun Constantly trying to find my GAPI , the location when he got , he can attack heavily or send me Nanos chips. He is able to locate me through any sound I made, and amplified them hundreds of times. Even the noise I touch suite case to find my cloths, the plastic bag to find my drinks, any noise  lights, even dim lights  can be his default settings for heavy attacks. The dark of my room is also the time he apply the multiple projects that he has gathered through millions of tags for slots for my bones...

Whenever I start to write reports, he will control my brain by the same above document to makde me drowing not able to continue,  the  <HibernateEnabled>is one of the mind control.  default settings by the solar energy. It took me a while to figure out how to overcome these difficulties...

Due to Sun's controls of our energy, he has been able to  force Nanos, radioactive materials into the drain, and controls the cold water wash my cloths from the drainage.  That happened when I was in Pittsburgh over half year ago, and destroyed all my clothes. Hotels washer and dryers all have been under the spy's control . Due to these facts, I no longer able to use washer and dryers, and it is hard to get the clean water from my hotel room.  So I always have to shopping for the exceptional  landry mat: The welbilt laundromat that have all the back ends closed so that the spy can not easily control their water lines. But, Sun , in order to make me not able to wash my cloths, even damage to other private facilities. While I was in Sunnyvale, I did find a quality laundrymat, only able to use twice, Sun and his criminals stolen their coincollecor in order to remotely  grid the machine  electrical, making one third of their machines not able to function!

Yuan Sun's heavy attack on poisons, radiations, his many weapons I have endured, and I have found the hide them in his 30 fake google sites and google accounts. Sun's 24/7 non stop attacks has caused heavy brain injury, wounds and scars all over my body all year round. My research have found documents from internet, how he use such a technology to cut into my skin, and bones, how they can deliver poisons radiations into my bones by geometry entries. But, due to the mind control and system control, I can not even report the spy's activities, I can not even come to US legal investigators to file the spy's wrong doings!

During the over 4 years period, I was forced to go to mental hospitals without mental illness, 10 times! As a high profile of " Government conspiracy" that is due to NSA's protection of the Spy, totally exploited Me, the American city's freedom, and my right to live.

27-63

Compared with 2012, when the spy use his own website, www.pandaapp.com, which is full of all tracking attacking resources and software, by which he has been recruiting fellow criminals, coaching beginners and involving so many innocent online users through advertising of winning gold for his round up APP Benchmark testing. Today, the Spy Sun, after being adopted by the world most powerful U, S. military class, have given him much more power: The much powerful spectrum for Gageget, the much more protection from all NSA agents and their bosses, the much more attacking tags from their NSA Website Projects, and many more powerful , followers, and much higher level of computer networks. The once a lonely spy in US not any more... With the highest ranking in media controls the Action center, planning the Big actions attacks. .Everything seems smooth and good. The only obstacles so far on their way to success has been that that the Nano Bio sensor host, the "http Proxy" still failed to parse... They would not want me to live, they would not want anyone to know the truth. They have been increasing their weapon level to kIl. Schema , is the two different weapon into one. they use radiations and laser together to torture to kill me. During my writing I saw I was at Level 1, the weary to use. As of yesterday, I already become Level 2 . I felt the increasing difficulty to survive, and see their weapon and script contents. I am not sure my flesh would succeed their weapon, but all I want is to tell our legal system, tell the public about the truth .

28-43

## Thousands already have been suffering,
## Why President still wants to chip Americans?

I went to Washington DC in Oct. 2013 trying to report to congress on the serious matter, but Yuan Sun and American agencies, stopped every of my efforts, My evidence materials even sent to Diane Feinstein's office was facing fake signature, being stolen, I also found out White house administration was being systematically controlled and mind controlled through   attending a white house bio Ethic commision meeting open to public ...

All Targeted individuals suffering from stalking, cars trucks driving around, that actually is current chipping process, and that's how targeted individuals get chipped and targeted. The technology, from the online documents I download requires them to following TI by massive number of cars, forming an electronic power in order to send chipps to victims body organs. But, The NWO would not be satisfied with chipping America though stalking, They have been working on just the ultimate goal to get every American Chipped, with their ID, that they can be in absolute control. So today, study the suffering , the technology on torture and mind control is urgent and essential in order to know what kind of technology the NWO needs and diagnose their pulse, their movements in their agenda.

I went to a Bio Ethic studies one day meeting on Nov. 18, 2013, and I wrote this article before and sending it along with my other materials to Congress Senate Committee on Intelligence and House Permanent Committee on Intelligence. But, my materials may have been lost or stolen, since I did not hear back from either committee.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## Urgent Report to Congressional committees:
## President's Information system has been blocked

By: Qiu Min Ji                                                                     Dec 20, 2013

The presidential commission on Bio Ethic Studies established in 2009. Many people who belong to the "Suffering Group" ( thousands of chipped, attacked and mind controlled Americans) have been writing and talking to the commission, and attending their meetings. Indeed, our voice has been totally ignored. Derrick, director of Freedom for Covert Harassment and surveillance said he got a response that the commission would not help. On Dec 18th, 2013, a few of us attended the meeting. I wanted to share my witness, experience and my conclusions.

29-43

Two weeks before the meeting, I sent a letter along with evidentiary materials, such as photos and expert testings , analyticals to the Director, PHD, Lisa Lee of the bio Ethic Commission, asking her if she would let me speak, or passing my materials to commission members, ( About me being chipped by Yuan Sun, the spy from China who stole the nano technology from US and chipped me). Dec 18th, I arrived at the meeting very early, asking if Lisa were there because I wanted to talk to her to see if she had read the materials I sent. I was told she was not here. When I asked if she would be there, the answer was never clear. One of the young ladies who wore the "staff tag" told me that they do not work for the commission, they were outside being hired just for this event . When I told them about my story , they said to me that if I have comments, I can write a note and their staff could pass along to panels members, or they could keep in their records. I asked if it is an online record? she answered no. I said if no one ever know what I have submitted how could anyone know to request and read it? That means you put in storage, under lock and key.

Still, I want to pass my materials about the spy Yuan Sun, who has chipped me with Nano bio sensors in my brain, I was hoping that the facts, photos, testing and analytics be read by the commission panel, the message could go to our president. but, the panel members were being well guarded, Even if I were able to approach them, their " staff", and the communication director would intercede and take them away from my conversation in a second.

During the Morning section, Panel member,Paul talked a little bit about his concerns regarding mind control, he just mentioned that todays technology someone can know what you think..., which is the absolute facts. A lady sit behind me suddenly yell loudly, said: " I do not agree! Nobody can read your thoughts, they are not God... " Then the meeting security or organizer ( they may be CIA) came to her said something gently to her... My judgement was that the lady dared to yell so rudely during Paul's speaking on his concerns with mind control, that it had been planned before the meeting, for the purpose that when the president heard the words about mind control, he also heard an opposite voice said no such thing exists.. That is to make sure that president is not going even to pause or think about mind control. The spy, criminals and betrayals all know too well that todays mind control technology, is not only knowing what you think in your brain, but can guide your behaviors, can push speech directly through your mouth... They have been using this technology daily to control to suppress Americans, but they would not want the president to ever notice, ever think the secret weapons they possess ever existed! I am sending some mind control documents I have discovered online for you to make copies or share.

30 - 43

During the break, I talked with Paul for less than a minute, ( They do watch me. the high profile more carefully than others) someone came to take him away. but I already prepared some materials on my surgically removed Nano Brain Biosensor, and handed it to him. I also tried to hand the same materials to individual Commissioners and their panels who came to this meeting. I knew I would only have a few second to talk to them. I told them that I had been brain chipped by the Chinese spy with Brain Nano biosensor, since this meeting was about neurology, I would like to give this material to you to read it further. I got the reply : "I am not supposed to take materials, if you just give to the staff, will be good."But, that meeting did not have many staff, there are more event planners. The interesting scenario is that I approached three different individuals with my same question, and I got the exactly the same answers from three people on the panel. This may be due to mind control or someone has given them regulations for them to follow. As presidential commission panel, they should be able to collect true information from anywhere in order to be responsible to provide the resident with the true information to contribute to the president's decision on whether to chip Americans.

According to the news, president still plans to chip American, the whole nation! But, the president never heard that thousands of Americans are suffering every minute because of their chipped bodies and brains being controlled by criminals, or spy. We have been crying for freedom. We do not want to see more Americans chipped and suffering the same fate. We want president Obama to know about the shocking truth that not only thousands of Americans are suffering under such bio technology, the epidemia also spread all over the world, by the same criminals system, the same technology and the same control. We trust that our president would not making decisions to chip Americans, if he ever knew the shocking TRUTH.

whoever blocks the president's ears and eyes, is blocking the American people's true voice, is treasonous traitor. On behalf of thousands of targeted individuals who have been suffering the torture and control through the bio technologies, who have been fighting every minute for our freedom, I ask Congressional house committees and Senate committees, I ask OIG investigation team investigate this urgent issue and discover the shocking truth, and pass it on to our president. Dear Congress, the emerging threats may be enemies within, whose heart and soul belong to the criminals, who protected criminals and allow the Chinese residing in US to attack Americans and controls our internet. .

I urge congress to put together professionals in related fields, launch immediate research and investigation in mind control programs and online set ups. The goal of preventing mind control from existing online

31-43

should be the first step for Americans to gain freedom from the technology slave systems, which will enable our leaders and common citizen to think freely and naturally.

Thank you for your attention.

Sincerely,

Qiu Min ( Rebecca ) Ji
*************************************************************************

### Original Mind control Documents titles and subtitles Discovered

All these years, I have been mind controlled by Yuan Sun who set up me as the lowest slaves, that controlled not only by him the master, but by public anywhere i go, they were set up as slave -2 or slave -3. the slave system we though have been overthrown for many years, now silently crawling back to our society through tech-slavery. This 3 page online set ups were found at Amozon.com. It show you the system layout on l internet. As a matter of fact, all the torture technology and mind control tech slavery all need internet. ( exhibit H-1, Tech Slavery document photos from Amazon)

I also found another document, that looks like from Darpa, who has been supporting course of the tech Slavery system, giving money to certain research projects, ...( Exhibit H-2, 6 page color photos of original mind control titles and subtitles discovered by Microsoft, photo taken from computer screen)

2014 April When I was staying at DC hostel, I unexpectedly discovered Mind control program detailed titles and subtitles. I saw an Error Message on the computer desktop that I have been using, it is microsoft auto scan discovered the a program, " AmfCSEC", that was the program the spy use and left on the Hostel's desktop, where I stayed. Since the spy controls any computer I use, he remotely controlling this hostel's computer, and put this programs to torture to attacking me. That AmfCSEC, I believe is one of the comprehensive US military attacking programs, including mind control.. I decided to take photos on this MS reports as I know that Microsoft would not likely to receive their scanned reports, I have sent them many, they all had been restrained at the spy's territory. While I was taking lots of photos one by one, I noticed the spy's py (psyched) programs titles or subtitles, that have been applied on me and many other Americans.

I clicked the error report, found over hundred of scanned reports on the spy's computer Also, accidently, I discovered Microsoft has scanned the Spy's computer, and discovered all the original mind control programs titles and subtitles, such as: py ( read: psyched) As I was reading these titles or subtitles, many of my being mind controlled experience talking with these titles, I know i understand these titles , can have pretty good guess what the contents for, even where or whom they apply  for, as i have been victimized by many of these programs and can write millions of mind control incidents to explain how these program can change mind to achieve the controller's purpose. "py" means "psychological control" or "psyched program" Here is some of the list programs:

pyFinalize...,

pyBuilValue...

pyObjectCallfunction...

PyStringAsStringandSize...

pyStringAsString...

pyArgParsetuple...

pyErrForma..,

pyImportImportModuell...

pyinitialize...

PyIsInitialized,

pySetProgram Name...

pyStringAsString...

pyArgParsetuple...

pyObjectGetAttrString..

pyErrOccurred...

pyErrclear,,

pyget-Path

Flag...pyObjectstr...

pyErrForma.

pyOptimizedflag,

pyObjectIsInstance,

pyIntType...

pyGilStateRelease...

pyfdisInteractive...

pyRuninteracttiveLoop...

pySequenceGetItem...

33 - 43

pyboo1FromLong,
pyverbose
pyRunSimpleString,
pySysSetObject,
pySysGetObject,
pyLongFrom Void Ptra... psychological control: long term from avoid patriotic
pyIgnoreEnvironment Flag...psychlogical control to ignor the environmental issus
.

pysetpythonehome, I readit as "psychlogical control by set py-phone at someone's home"
I have dicovered the pythone document, a scripts about 50 pages with specific techniques. In
reality, I have seen how the spy use phone to take initial control of a human brain instantly. For
example when I walked into an Congress representative's office, before I started a conversation,
the phone rings. the front desk immediately pick up the phone and talking for a few minutes, by
the time she or he put down the phone, I can tell her mind has been hookup by spy's mind
control program, the being controlled will likely to debate whatever i introduce, disbelieve, and
no efforts to help.

pyMarshalReadObject From String...
Py: Marshal Read Object from String A program that reach security guard from sending
them"String" , a message related to the victim, asking them to handle it benefit the controller.

It's Error formula by numbers ( Math floor) I have seen on the spy's action center about these
programs on the being remotely controlled computer., I clicked around, when plug in certain
misconfigured numbers, human brain can be twisted, and lost normal logics, and many functions
can be manipulated. And there are so many more specific task mind control programs. as
below.... Some of them look like can applied in any field, including the political area...

It is after a year of that discovery, now I understand that the AMFCSEC , the most
comprehensive U. S. military Programs with Actions, and mind controls that having been the
magic force moving America, moving the whole world , this 6 pages photos I took from the
being remotely controlled computer screen, is the dark secret US military use to conquer
America by mind control white house administrator leaders , to destroy America step by steps
and numb massive America population. That magic force was actually inside my head, loaded
inside the Brain Nano Biosensor, I have been carried around everywhere I go, I have been

34-43

sending signals out to anyone I encounter , asking  to  discriminate me,  to not believe me ,to ignore me to not help me ....

The same period of 2014, I know that FCC announced on given up internet DNS name registration. I immediately altered on this issue, and I started to write on my report, pointing out the danger the threats FCC given up The internet Control. I started to search if I could find FBI officers to contact directly, and searching for institutions that who can at least know what I know.. I was able to speak to speak to FBI in philadelphia, I send them materials, and I was able to talk to Meleny University insider threat center, and send my first package to the Katies, and I talked to her over the phone, I decided to bring many more of my documents to meet her, I hope through her I can meet many research professionals, to disclose the facts on cyber Security. But, when i got to Pittsburgh, I could not find Katie anymore, Every time I called I got a woman who threaten me I should not call, I should not go to their campus... By my third day at pittsburgh, The university police came to hampton inn where I stayed, send me a restraining order, that I can not go to the carnegie mellon university any more. If I do, I would be arrested. NSA, and their agents have gigantic hand that have been stop my efforts wherever I go. I tried but due to the mind control and their power , I could not even find an attorney who would fight for me for that university restraining order....

My materials sent to philadelphia FBI, three officers, Jennifer Bone, the cyber security department, associate agent in charge, Mr. Walker, and another officer I  sent all of them by registered mail, but when I called later for an appointment, I was told none of them ever received the materials. To prove what has been wrong, I walked into philadelphia FBI office, trying to deliver the same information to Jennifer Bone. A duty agent ( Steve)was in the office, told me he could not forward these to Cyber division, I asked why the important cyber criminal materials could not be given to cyber investigator, he could not tell me anything. But said someone will be get in touch with me. About a few week later, I did received a mail form Justice dept, staying that I did not have evidence ... (Exhibit G: contents of my materials for FBI, report , mind control titles and subtitles, Sun's 30 fake google accounts)  regarded as not evidence materials. ).

**Yuan Sun's mind control on Massive population to against me, to prohibit my effort from exposing the truth, which has taught me the mind control reality , mind control. applications and the mind control  capacity...**

Yuan sun control the internet, mind control mass population to control me , the lowest online set slaves. The three photos on mind control set up were pulled from Amazon, in which, there are 3 different kind in settings: Master, slave-1. Slave-2, Slave -3. At the time, Oct. 2013, I discovered Yuan Sun's settings hidden on Amazon.com, I was not treat nicely from my environment, I know was being controlled wherever I go, , by master, by -1 or -2 slaves. since I was set up as -3 2013 -2014 . But, Sun and NSA's mind control on me by controlling Massive population has been increasing more and more in order to restrict me, to limit my efforts, so I can not report him... Sun injects twisted value, in particular subject into hotel personals, taxi drivers' brian, or any business that I am asking for service or help, Yuan Sun and NSA increasing that control to make them obey their instructions to cooperate their attacks to against me. End of Dec, 2014, Yuan Sun mind control Taxi drivers to not take my luggages. during 4 hours waiting time, I had 6 minivan drivers came, but they looked my luggages, shaked their heads, said that was too much to put inside their van., and they left. One of the drivers loaded half of my luggages under some help, but he suddenly stopped and said , No, These are too heavy, they will crash my van..., and he loaded off all the luggage that already on his van, and left. That 6 divers were from the trusted yellow cab from LA. And these luggages I have moved over one hundred of times, and that not only fit in a minivan, it have plenty of spaces after loading...**Mind control has been getting worse ...**

March 5, I checked in sunnyvale inn, local hotel in sunny ale for one week stay, and got the room key. But, when the front desk came out , saw I have boxes of documents, he said he felt he could not let me stay in his hotel because of my luggages. I could not reasoning with him, he'd rather leave his hotel empty with no one in but not take me in fors one week guest. forced me to give back the room key.


March 10, I checked out from Hilton Garden due to no availabilities, front desk recommended that I go to another Hilton, and they have availability, and taxi driver brought me there. It took me almost one hour to check in while taxi driver waiting outside , the meter was running... I finally got the room key and start to have hotel personnel to help load my luggage, Hotel manager said not feel I should be there and asked me

36- 43

to leave. I asked him why, he could not say it I asked him to share taxi waiting time fee,, he a would not, but told me to call the police that I trans passing. I told him have their key issued. Still the police came. He told police that I never checked in but they allowed me to load my luggage , lie all over. But police know that is very unreasonable,  told me that I could got to best business bureau to expose them I can go to internet to expose what they did, But however, I had to leave. I waited for another taxi came there for another house after a paid the taxi over $200, started again to look for my hotel room by 6:30 pm...

March 16, The hotel, Marriott At Lots alto Manager suddenly got into my private room without notice, and told me that I need to leave because she smell some rotten food, and she heard someone complained about me. I ashed front desk if any ever complain about me, they said no. Still from desk nice people could  not disobey the general manager's' order. I  supposed to have another week stay in that hotel, the general manager chased me away for no reason...

March 19, 2015, Fedex manager chase me away from their office with no reason. That fedex in mountain view I have been there many times to write documents in their computer, to copy and print , every time I go to fedex office, I spend $50 -300, more money than any other customers. That office many employees know. But no one challenge that manager 's order. The reason Yuan Sun started to control fedex office manager, because I spend lot of time doing my writings research and copy of documents, and I was trying to finish some letter materials and have private  messenger to delivere to high tech companies the same day. Sun controls the manger to stop me from doing my work, I had to delay the delivery..... I told police what I do and the Mind control this manager. Police understood it but still I had to leave....

Sometimes when I talk to a child, the mother would pull her/ him away from me, I felt like I was in their brain as a beast could potentially harm them. Every day, I am facing denials, facing refusal of service! The mind control must have gone further more than just set me up as -3. the lowest slave. What has been

37-43

going on? That mystery was answered when I saw below document..., and taking photos on computer properties)

1.) RHDSetup.log ( Exhibit B -3)

..."Run RtlUpd64.exe : C:\Program Files (x86)\Realtek\Audio\Drivers\RtlUpd64.exe --- > -s -cb -nrg2709 (TRUE)

Install Realtek HD Audio Audio Driver

Run RtlUpd64.exe : C:\Program Files (x86)\Realtek\Audio\Drivers\RtlUpd64.exe --- > -u -s -fi -nrg2709 (TRUE)

2.) -->Realtek HD Audio - SetupAPI result LAAW_PARAMETERS.nLaunchResult = -4

Register C:\Windows\system32\RtkAPO64.dll in Vista system .

3.) one photo on ATAPI DVD D DH16 DAYS ATA Device ( exhibit B-4)

Property: Class Icon Path

Value: %System Root %\System 32\Imageres.dll-30

c.) intel(R) Q965/Q963 Express Chipset Family

%Systemroot%\System32\setupapi.dll,-1

From these lines, we can see everywhere around me are negative set ups. My images are -30. That is why people pull their child away from me ...Today, Yuan Sun and NSA's 's mind control directly cooperate with their killing plans. For Example: Spy and NSA use Light, reflection to kill,. use Schema, a weapon, a technology using sensor to break lights as laser to attacking into human body with poisons directly into the specific spots as they desired.. Lighting has always been Sun's weapons to kill. Sun use Massive population to control the lights on day and nights for attacking / killing purpose. This has been happening wherever I go, Even some private business are mind controlled to have to leave their lights on all the time. Since light is basic the most important part of attacks, today's mind control on leave lights on making lights in higher energy has been being mind controlled hundreds of massive Tech slaves to leave their lights on day and night, should never being turned off... just for the convenience to attack to kill ...


## The Immediate Threats by the Spy & NSA's Co-Project


Yuan Sun not only put Nano Brian Biosensors inside my brain,  but also put the same identical implant into my daughter's brain.early 2010  when Sun started attacking me he also attacked my daughter  and

38-43

brain controlled her, then erase her memories…. My daughter does not want to do MRI to confirm it as she feels that there is no cures , and she knows how much I have been suffering … And I tried my best to not involved her as well. 2012, I was leading her to an involuntary brain mapping check , the result was not surprising , which showed she had no memory, she was confused on who to love who to hate. Yuan Sun used mind control to isolate her from me emotionally ….

In Yuan Sun's Logs , IE-9 log, ( Exhibit B- )and IE-11 log , (Exhibit B- ) sentence and between sentence all reflected that My daughter Jennifer Chan has got the same implants even she did not want to know the truth... .

To further prove Yuan Sun has made such an arrangement, need to come back to the 45 media document www.brain-mind-media.org/portal_javascripts/DiPPClassictheme/ploneScripts6962.js, (exhibit B-7) that I regard it as Sun and NSA Media commonly "Operation Manual" . According to that document I discovered on Oct. 2013, page 35, line - the same root is the best to get the dome document when I am being killed. ( parsed is the word they use to refer die or kill)

The battle we are facing today: Yuan Sun has got the xml http system documents though attacking me months after months with fast speed, the animation by x-rays, with all http system documents inside my brain. Now they obtained the fastest speed system documents on earth that no one to match. The spy also has written many System .dll for advanced system replacement. However, there is a problem: the xml http proxy still not parsed, at end of Nov 2014, I discovered the xml http system documents inside the Nano Brain bio sensor, understood those documents were inside my head …, I recognized their documents names and each file's locations inside the Brain Nano bio sensor, and I started making physical copies plan to send to High tech companies to expose the Truth about our on line Security everyone concerns...

 The spy and NSA facing a dilemma to expose themselves with the real address that I have them in my hands and professional may find them. Or, they cover up the addresses, to make the Nano bio sensor not alive address till they find someone to get the dome documents, they can have a complete different address assignment so no one would be able to see even they have my copy of these current documents locations.

The battle has been every day, every minute, they have been trying to locate someone to get the Dome documents from me. My daughter, the same root is their first choice.

Dec. 2014, my daughter called and told me she wanted to visit me.  I know the spy wants her to get the dome documents , so they can have their fast speed  Upgraded internet system documents to guarantee their successfully taken over our current system .. It is very hard , but  I refused her visit (very hard on me since I missed her) I told her to stay away from me, not get what I already have, the disaster documents...

Jan. 2015, I was in Phoenix, asked a friend from LA come to help me to edit  my court document , as I am not able to use  Microsoft to correct spellings or grammar. He came to phoenix, and I  booked a hotel  for his stay that closed to  where I stayed.  The next day I came to his hotel waiting  to meet him at business center, I check the hotel computer, found out some documents that reflected the Brian Nano bio sensor inside chips spacing and layouts  were inside the hotel computer, but  not having  any documents yet...  I know right away that this friend , since he helped me before, he has already victimized by the spy, got  the Nano bio sensor already, and the spy is ready to put my dome documents on him just need my presence... I had to stay away from him , not able to work together in order  to make sure he will not get  any disease further ...

Feb. 2015, I am at silicon valley area, trying to send this message to online security companies,  I had a friend we helped each other  before, I met her again, and told her my hotel locations.  This  friend  travel and sleep inside her car, she is also a victim of targeting system.  After midnight, I suddenly heard  the familiar rhythm of High speed x-ray came out from hotel vents, that was  pushed into  vents,  trying to connected me and Neva, so I came out to check where  she parked , she was parking outside of  the hotel.

When I sit inside her car, I found out the spy already put nuclear energy inside her car, and had made her light extremely bright, and her engine roaring . This friend also started experiencing ear blocked, which means the spy started downloading their files inside the Nano Brian bio sensor, which she may already had from other criminal. But since the spy has top priority and controls the internet the system, and his Advanced http has the privilege to put  in  Dome documents as he needed...  So, even I had looking forward to work with her, I need her to read what I wrote, I had to  tell her that we could not stay around to do things together...  Now, no one could even help me read my document before I submit...

Since FCC has  made the  announcement on March 2014 that they will give up DNS name registration effective on July 2015. NSA and the spy has been preparing the transition and taken over of internet control.  While I am trying to write my document to expose the Truth to Federal Court. I am fighting in the front line to prevent the spy from put ting  the advanced system files and  the brain Nano bio sensor, into another human brain!  As the technology NSA invented allow the spy/ spies to install manmade

40- 43

object to anyone  they want  and to download files as a PC.  That is like a manmade disease, but even worse  than a disease...

For over 5 years Yuan  Sun, has been victimized many Americans  who want to help me to bring him to justice, who saw evidence,  who are on the justice side  investigate on him or get solid evidence. They have been chipped,  being electronically attacked, phone and computer  being  controlled being threatened and attacked.  I refer them my heroes, I can list a dozen , but only give one as  example: Early 2012,  Mr. Iovino, a private  investigator, with history of a public prosecutor,  saw devices and evidences  when Yuan Sun, his  criminal associates was attacking me and trying to kill me,  and the investigator was trying to bring the spy to justice.  But he was beaten up by the spy's gang criminals, not only he was being attacked, his phone being controlled, the spy followed him, sending his criminal gangs, 3 and 4 jump on him together suddenly, he was beaten up seriously, and was sent to hospitals twice....  Where has been justice ? The target system, the advanced system has been and will be the criminal dominated world !

Since FCC 's wrong decision announced on March 2014, effective on July 2015, NSA has been busy with internet  transitions ( other project may be  involved as well), and the spy has been busy planning all the system  documents, searching to victimize  more Americans to make sure his Xml http system files leading the REAL SYSTEM TAKEN OVER. This battle is real, every minute, never stop, until they take over,  we all suffer or justice take it over !

### NSA Secret mission: Crash Microsoft, overthrow our current System

I want to just send short document or part of the document to prove my point. If need to send these documents outside experts to verify, I prefer to send full printed documents and electronic ones, Because I know Sun's highly skilled changing documents, without printed documents I can never trust Electronic files. These short documents or partly documents are not too hard to read, but I do have additional  full documents with multi languages, ( only read English, I know what it about) If court send to experts to read documents, please let me know.  Below just a start point to read the spy's document to see what is their plan behind these criminal actions.

41 – 43

1). (Exhibit C-1) Microsoft.std.dll The spy has been secretly formatting Microsoft Page3- line 21 till end from bottom: "Microsoft.stdFormat.dll IData Form at Disposed format System Enum Format Type FirstDayofWeek FirstWeekOfYear … It looks like the spy is formatting Microsoft till they suddenly crash it... .

2). (Exhibit C-2) Sqmapi.dll 55 page document, all in multiple languages.
Page 11, 3rd paragraph from top, Software\Microsoft\SQMClient \ Windows\Disabled Sessions Software

3). (Exhibit C-3) Xapauthrticodei , this 6 page document tells you why cryptologists haven't been able to see anything wrong on the internet… Event we have serious problems, base images everywhere on the internet, the spy and his advanced system is able to hide them from experts.
.

4). (Exhibit C-4) 2A61A823DCC1C838EE71C4351BED0B4, the planning to take over our current system is real, this 3 page of documents show how to amend routings or use subroutine due to current routing conditions not favorable to their system. There are many other similar documents for the same purpose…

5). (Exhibit C-5)  DIFXAPI32, 77 page Module document is more evidence of the advanced system planning to crash our system, and replace the E_Gov or M-Gove through internet Control.. . The malicious conspiracy has been planned for decades, misleading the public to abandon paper files. Now they are speeding up their plan for the day of FCC's announcement to give up DNS name registrations, so they can be finally take over the internet control, which is to crash Microsoft, the normal http system that all of us, and U. S. government current use. Sadly our government at all level have not prepared for such a crash , and that day is getting close each day pass by.

July 2015, is the day when the FCC will give up Internet DNS name registration, and the day the Advanced system will crash our system, which means to crash our economic, political and monetary system ... to put America and the whole world into depression, to push billions out of jobs. We will never again have the freedom of communication on the internet that we have always took it for granted… By doing so, they can realize their Global control through E-Gov, and M_Gov!.

6 (Exhibit C-6). setup_wm.exe.mui, This 12 page document shows how the spy 's using his internet control power, by cheating the public, forcing innocent users computers to be recruited into their system, to serve his attack purpose. I only glanced at some pages, and found the some setups show how the

42-43

hidden controller has been abuse our internet for his attacking and kill purposes. Page 10, line 9 from top…to uninstall Window Media player. At least 50 megabytes of Free space on your disk…" This obviously is not the real Microsoft window, but the reformatted Advanced system window media players. What the 50 free megabits can do for the spy? May be to install attack related weapons, Web data monitoring related software, so the being hooked innocent computers can be used to join the spy's killing efforts to attack the victims without even aware of it… The same page, "…%sKB|%sMB|%sGB|%sTB…" Which means the spy can use %$ as KB, as well as high as TB, that is hearing impaired signal, billions times stronger to kill… The fact is the spy has already started using Trig bites in their assassination , by stealing the Audio impaired privileges to torture to kill, in any hotel room I stay

(I was at Holiday inn Express located at 611 S. Westlake St. Los Angeles, Hotel room 411) I also saw his documents with trig bites kill set ups at the Holiday inn Express hotel Computer.

7. (Exhibit C-7) NTDLL.DLL, 194 pages of document, will give you some Idea what it would look like when our system has serious problems , and this looks like the one to crash and paralyze our system, and a few sample page from " Universal Launcher "may be one of the Advanced system that trying to give solutions in their E_GOV Control…. Full length of documents will be provided for making copies if needed.

8.  (Exhibit C-8)Universal Launcher.dll, this document was in multi language, as the spy controls the printer, he made the printer not able to work, some pages only print a few words, the page number was adjusted. So I would not able to know the total page of this document .

9. (Exhibit C-9) About.dll, This 227 page document also have multi language, hard to find English. It is looks like to introduce or building the new Controlling system policies...

10. (Exhibit C-10. NSA's action conference about Smart city)

43- 43