# Exhibit A:

Exhibit A-1. Report from Cedar-Sinai Medical Center. 6 page. 2011.

Exhibit A-2. Dr. Staninger Report. Nov. 18. 2011 (13 pages)

Exhibit A-3. Dr. Staninger Report. Dec. 12, 2011 (20 pages)

Exhibit A-4. Dr. Staninger Report. Dec. 30, 2011 (11+32=43 pages)

Exhibit A-5. Colombia Investigation Report. August 30, 2013 (4 pages)

Exhibit A-6 Colombia Investigation Report. Jan. 2015 (10 page)

Exhibit A that may not mentioned in Complaint. but send as

Exhibit A-7. My physician, Daniel F. Farlier, M.D report August 18, 2014

Exhibit A-8 Dr. Staninger Bio in RIET-1 & CIET-1  (3 pages)

Exhibit A-9. Dr. Staninger Bio on Industrial Toxicologist Hygienist, Regulatory Affairs & Doctor of Integrative Medicine. (10 pages)

Exhibit A-10. Color photos of Nano Bio Sensor
The cutting edge of Nano Bio Sensor is at Last page, which can see chips inside the Nano Bio Sensor. Scripts showed Yuan Sun Tried to control this photo from being seen. on my Web site. I found it at Google Drive. (7 pages)

Exhibit A-1

Report from Cedars Sinai Medical Center
Total: 6 pages

Exhibit A-1

# CEDARS-SINAI MEDICAL CENTER
Department of Pathology and Laboratory Medicine

8700 Beverly Blvd., Los Angeles CA 90048   Tel: (310) 423-5431   Fax: (310) 423-0122
Laboratory Director: Mahul B. Amin, M.D.   CLIA # 05D0541033

**Patient:** JI, QIUMIN  
Hospital No: 200432338  
Date of Birth: 11/9/1952  
Age/Sex: 58 F  
Location: 8-NE  

Pathologist: Serguei I. Bannykh, M.D.  
Assistant:  
Date of Procedure: 11/7/2011  
Date Received: 11/7/2011  

**Accession Number: S-11-48609**  
Ordering M.D.:  
MICHEL LEVESQUE  
Copies To:  
PHILLIP LEVINE  

## SURGICAL PATHOLOGY REPORT

### DIAGNOSIS:

A. BRAIN, LEFT FRONTAL TEMPORAL, EXCISIONAL BIOPSY:
   - Benign osseous lesion, see microscopic

B. BRAIN, LEFT FRONTAL TEMPORAL, EXCISIONAL BIOPSY:
   - Gross only as per patient request, see gross description

### HISTORY
Brain tumor

### MICROSCOPIC FINDINGS:
As per patient's request the entire tissue in part B is submitted for toxicologic evaluation through a private investigator and no histologic evaluation is performed. Sections of much smaller part A demonstrate a benign osseous lesion showing no appreciable meningothelial lining. The differential diagnosis includes osteoma versus ossified meningioma. No malignancy is seen.

### GROSS:
A. BRAIN TUMOR F.S. LEFT FRONTAL TEMPORAL
Labeled with the patient's name (Ji, Qiumin), designated "brain tumor F.S. left frontal temporal", received fresh and consists of a 0.8 x 0.5 x 0.3 cm calcified white-pink nodule. The touch prep is prepared and the tissue is formalin fixed, bisected and it's cut surface is uniformly white, smooth and calcified. Entirely submitted.
A1, 2

B. BRAIN TUMOR LEFT FRONTAL TEMPORAL
Labeled with the patient's name (Ji, Qiumin), designated "brain left frontal temporal", received fresh an consists of a 1.2 x 0.9 x 0.8 cm spherical calcified nodule. The specimen is retained for toxicology studies and is submitted to Dr. Staniger's lab and is sealed in an evidence bag with control number M204722. The evidence bag is received by private investigator Michael Austin Dimatieo at 18:00 November 7, 2011.

Gross dictated by Louis Litsas. PA:dc/703170
11/07/11

INTRAOPERATIVE CONSULTATION:
OPERATIVE CALL
OPERATIVE CONSULT (FROZEN):

A. LEFT FRONTAL/TEMPORAL (TOUCH PREP):
   - Calcified lesion, pending decalcification
(Serguei I. Bannykh, M.D.)

Patient Case(s): S-11-48609

PATIENT NOTIFIED OF RESULTS  
DR.        NURSE        DATE

1-6

## CEDARS SINAI MEDICAL CENTER

PATIENT:   JI, QIUMIN

ACCESSION #:   S-11-48609

dc/11/06/11/J#831380

I have personally examined the specimen, interpreted the results, reviewed the report and signed it electronically
Serguei I. Bannykh, M.D.   Electronically signed 11/9/2011 7:32:05AM

---

SURGICAL PATHOLOGY REPORT

If this report includes immunohistochemical test results, please note the following: Numerous immunohistochemical tests were developed and the performance characteristics determined by Cedars-Sinai Medical Center Department of Pathology and Laboratory Medicine. Those immunohistochemical tests have not been cleared or approved by the U.S. Food and Drug Administration (FDA), and FDA approval is not required.

2-6

EI-0348294 US
11/8/2011 mailed

## CHAIN of CUSTODY

Integrative Health Systems, LLC
415 ¾ N. Larchmont Blvd.
Los Angeles, CA 90004

Phone: 323-466-2599
Fax: 323-466-2774

Date: 11/7/2011                    #511-48609B

Project Name: QiuMin Ji Specimen

Lab's Address & Contact Person: Attn: Galina Tuninskaya, M.S.
Applied Consumer Services
11890 N.W. 87th Court, Unit #8
Hialeah Gardens, FL 33018
Tel: 305-821-1677
Fax: 305-821-0155

| Sample No. | Description | Date Collected | Sent | Initials |
|---|---|---|---|---|
| 1) | Specimen from Frontal lobe suspect advanced nanomaterial Mesogen ≡ 9mm | | 11/8/2011 | |
| 2) | from Mike DiMatteo, Priv. Investigator (+ Patricia) from Cedar Sinai Medical Center. | | | |
| 3) | | | | |
| 4) | | | | |

Note: other specimens had:
+ acetylcholine chloride
strontium/hippuric acid
not styrene mandelic
acid, water borne poly
urethane

Other Information: Call when you receive
Phase I, II & III

Integrative Health Systems Received Samples on 11/7/2011
Samples Collected by: _____ Title: _____
Date: 11/7/2011                Special Notes:
Cut specimen to see if mesogen.

Received by Lab: _____ Date: _____

3-6

▲ Glue Line

CONTROL NUMBER: M  204722

# EVIDENCE

(TO BE OPENED BY AUTHORIZED PERSONNEL ONLY)

---- NOTE ----

A) Do not use this bag for any evidence that has wet/damp body fluids on it.
B) To seal bag, peel off blue release liner, then seal bag by pressing down on red glue line.

Case Number: S1L44GMB

Description of Enclosed Evidence: Brain Tissue Sample

Submitting Agency: Return to Patrick _____ Patient

Telephone Number: 50_____

Evidence Recovered By: DC M. Levesque
(PRINT NAME)

Victim's Full Name: _____

Suspect's Full Name: _____

Evidence Bag Sealed By: Louis Litras
(PRINT NAME)

_____ (SIGNATURE)

Date Sealed: _____   Time Sealed: 16:15   AM / PM

## CHAIN OF CUSTODY

| FROM | TO | DATE |
|------|-----|------|
|      |     |      |
|      |     |      |
|      |     |      |

6-6

**Louis T. Litsas, PA(ASCP)**
Supervisor Surgical Pathology
Pathology and Laboratory Medicine

 **CEDARS-SINAI MEDICAL CENTER.**

8700 Beverly Blvd., S. Tower, Room 8725
Los Angeles, CA 90048
Office   (310) 423-7423
Fax      (310) 423-0122
Pager    (310) 423-5520 #3819
Cell     (310) 962-3184
E-mail   litsasl@cshs.org
www.cedars-sinai.edu

5-6

TRACKS
0311-0820-0001
9089-388

## CHAIN of CUSTODY

Integrative Health Systems, LLC
415 ¾ N. Larchmont Blvd.          Phone: 323-466-2599
Los Angeles, CA 90004             Fax: 323-466-2774

Date: 10/21/2011

Project Name: ~~Qui~~ MIN Ji (Rebecca)
Ear Wash & wax

Lab's Address & Contact Person:
Applied Consumer Services

| Sample No. | Description | Date Collected | Sent | Initials |
|---|---|---|---|---|
| 1) | Ear Wash (2 large pieces) | 10/31/2011 | 10/31/2011 | AP |
| 2) | Ear Wax (not spheres in wax) | 10/31/2011 | 10/31/2011 | AP |
| 3) | | | | |
| 4) | | | | |

Other Information: Phase I Photo micrograph then divide II ÷

Integrative Health Systems Received Samples on 10/31/2011
Samples Collected by: _____  Title: _____
Date: 10/31/2011 _____ Special Notes:

Received by Lab: _____     Date: _____

6-6