Exhibit A-2
Dr. Staniger's Report Nov. 18, 2011
13 pages

13 pages

Exhibit A-2



# Integrative Health Systems, LLC
"One Cell One Light"©

November 18, 2011

Ms. Qiu Min Ji (Rebecca)
419 N. Larchmont Blvd. # 178
Los Angeles, CA 90004

Phone: 847-364-0162

## ADVANCED NANO MATERIAL PRELIMINARY REPORT

Attached you will find preliminary Microphotographs and SEM/EDS Analysis results of two specimen projects that involved the following:

- **Project 1:** Ear calcification material and ear wax (L/N 19655 EAR Wash Sample A, B and Wax)

- **Project 2:** Approximately 9 mm sphere from left lobe area of brain (L/N 19666)

A detailed report will be written as soon as pending analytical data from additional tests being performed on these specimens are received from Applied Consumer Services, Inc.

This preliminary report is to confirm the presence of advanced nano materials that combine as working parts/tools to form reactive nematic mesogens or their related materials. These materials are man-made and comprise the area of bio-nanotechnology and bio-nanosensory technology.

A mesogen is composed of liquid crystalline segmented copolymers systems that are composed of thin films of isotactic compounds that contain nano wires, tubes and other similar materials. They can function as sensors, transducers, actuators, and other related devices that are utilized in neurological mechanical device application or internal biological monitoring system.

## RESULTS
**Specimen L/N 19655** Ear Wash Specimen Sample A is composed of 56.654% carbon; 38.591% Oxygen; 0.023% Silicon; 1.447% Sulfur; 0.670% Chlorine; 0.970% Potassium and 1.645% Calcium = Total Weight 100%. The specimen contained silicon (quartz and silica mixture), which is not a common element of the ear canal, but is an element of silica nanotubes.

1

415 3/4 N. Larchmont Blvd., Los Angeles, CA 90004 Tel: (323) 466-2599 Fax: (323) 466-2774
www.staningerreport.com • www.1cellonelight.com

A more detailed comparison will be done for thin film technology as other results are forth coming.

**Specimen L/N 19655** Sample B Ear Wash Specimen is composed is composed of 56.347% Carbon; 41.614% Oxygen; 0.668% Sulfur; 0.163% Chlorine; 0.267% Potassium and 0.440% Calcium = Total Weight 100%. The specimen did not contain silicon. Further results are pending additional analytical test results.

**Specimen L/N 19655** Sample B Fiber Ear Wash Specimen is composed of 52.046% Carbon; 46.158% Oxygen; 1.335% Sulfur; 0.061% Chlorine; 0.133% Potassium and 0.287% Calcium = Total Weight 100%.

**Specimen L/N 19655** Wax Sample is composed of 45.915% Carbon; 48.844% Oxygen; 2.477% Sodium; 0.235% Phosphorous; 0.804% Sulfur; 1.319% Chlorine and 0.405% Calcium = Total Weight 100%

*Discussion:*
The wax specimen has less carbon and a significantly less amount of oxygen as compared to the ear calcification material that in microphotographs appear to be calcified mesogenic shapes. The wax contained phosphorous while the other specimens did not. Upon receipt of additional analytical test results a further discussion will occur as applied to bio-nanotechnology and its related disciplines.

Attached to this report you will find a diagram of a mesogen and various stressed mesogens under various frequency forces for expansion of the materials utilized in making a mesogen. This may be utilized by the reader of the report to understand the technological morphology of these advanced nano materials.

**Specimen L/N 19666** is a microphotograph of the 9 mm sphere removed from the front left lobe area of the brain. This specimen was extremely hard, but was cut in half to determine the presence of any mesogens, which are laid on top of each other like human hands laying upon each other, but for 8 hands' high. This in turn is hit by frequency, which then causes this material to make calcifications that seal the material into a biosensor device. Upon receipt of additional analytical data results, a specific determination of the technology and its transmitting application function(s) will be determined as the analytical data is received.

*Discussion:*
**Specimen L/N 19666** when examining the cut sphere microphotograph bottom picture you can clearly see the forming mesogen at 3 o'clock. The upper microphotograph has a forming mesogen running across the mid-section to each side from 3 o'clock to 9 o'clock in this image. Raman/Micro FTIR tests have been requested for the sphere material and the mesogen themselves, thus a comparative analysis may be performed upon receipt of the data.

**CONCLUSION**
This preliminary advanced nano materials report contains the microphotographs of specimens taken from Ms. Qiu Min Ji. The preliminary analysis utilizing EDS/SEM show silicon present, this is a component of silica nano tubes, micro arrays and silica nano tubes. The presence of mesogens in the cut in half 9 mm sphere taken from Ms. Qiu Min Ji's left lobe of her brain does confirm that the material is a man-made advanced nano material commonly known as a reactive nematic mesogen technology. A more detailed report will be written upon receipt of the pending additional analytical test results that are pending.

I certify this report to be true and accurate as to the specimens received by Integrative Health Systems, LLC from California Private Investigator, Mr. Mike DiMatteo (DiMatteo and Associates, Inc.), Ms. Qiu Min Ji (upon ear wash appointment with her Ear, Nose and Throat Specialist) and Cedar Sinai Pathology Department, Los Angeles, CA. Please note that a Chain of Custody is pending return from Applied Consumer Services, Inc. This will be accomplished once all analytical test results are finalized for their final report.

It is very important to note that the type of mesogenic materials found in the front left lob area may be used for the following technological aspects:

- Control and monitoring of the brain and bodily functions.
- Control and monitoring of the behavior of the individual.
- Sending and receiving verbal commands.
- Stimulation of bio-electrical transmissions within the neuron trees of the nerves.
- May be utilized as a listening device for remote sensing and monitoring.
- May be used as a transmitter for listening in on conversations within a specific area that the individual may be in that has the device implanted in them.
- If there is a digital computer component to the device, it may be used to capture visual transmissions as a walking/talking monitoring system (a high tech extrinsic spying system, especially for industrial/military espionage).
- And many other aspects as related to the multiple use applications of mesogens.

It must be noted that biological monitoring specimens of blood and urine for Ms. Qiu Min Ji did show extremely off the reference range value for acetylcholinesterase (16,005 IUs vs. 10,000 IUs), which may be originally from the compound acetylcholine chloride (as nanotubes), which are used with nickel oxide to make bio-sensory mesogens. Nickel was found in both urine and blood, along with high levels of arsenic in Ms. Qiu Min Ji's specimens, which have been reported in separate reports.

It is extremely important to note that when the mesogenic technology is used as a bio-sensor it may be utilized to stimulate a normally functioning body into the appearance of behavior changes, compulsive actions and extreme fearfulness. These are all biologically stimulated within the body by the device and the devices electromagnetic field that drains the biological tissue of the appropriate nutrients in its attempt to neutralize this physiological controlled function and behavioral technology. These types of devices are not sold on the open commercial market as of this date and time to the general public. They

are used in nanomedicine, biosensors (military/government/intelligence community), research/academia, vaccines, industrial espionage and other related overlapping businesses.

If you should have specific questions or concerns about this report, please feel free to contact Integrative Health Systems, LLC/ Dr. Hildegarde Staninger, RIET-1 at 323-466-2599.

Signature: _____  Date: Nov. 18, 2011
Dr. Hildegarde Staninger, RIET-1
Industrial Toxicologist/IH & Doctor of Integrative Medicine

## REFERENCES

1) Gregoriou, Vasilis G. and Mark S. Braiman. *Vibrational Spectroscopy of Biological and Polymeric Materials.* CRC Taylor & Francis. Boca Raton, FL © 2006.

2) Barbero, G. and L.R. Evangelista. *An Elementary Course on the Continuum Theroy for Nematic Liquid Crystals.* World Scientific Publishing Co., Pte. Ltd., Singapore © 2001

3) Collings, Peter J. *Liquid Crystals: Nature's Delicate Phase of Matter, Second Edition.* Princeton University Press, Princeton and Oxford. Oxford Shire, England. © 1990 (Oxford) & 2002 (Princeton).

4) National Research Council. *Sensor Systems for Biological Agent Attacks: Protecting Buildings and Military Bases.* National Academy Press. Washington, D.C. © 2005

5) Pollack, Gerald H. *Cells, Gels and the Engines of Life: A New, Unifying Approach to Cell Function.* Ebner and Sons Publishers. Seattle, Washington © 2001

6) Wiwanitkit, Viroj. *Advanced Nanomedicine and Nanobiotechnology.* Nova Science Publishers, Inc. New York, New York © 2008

7) Williams, Linda and Dr. Wade Adams. *Nanotechnology Demystified A Self-Teaching Guide.* The McGraw-Hill Companies. New York, New York © 2007

8) Booker, Richard and Earl Boysen. *Nanotechnology for Dummies.* Wiley Publishing, Inc. Indianapolis, Indiana. © 2005

9) Freitas, Jr. Robert A. *Nanomedicine: Volume 1: Basic Capabilities.* Landes Bioscience. Austin, Texas. © 1999

10) Sacarello, Hildegarde. *The Comprehensive Handbook of Hazardous Materials: Regulation, Handling, Monitoring and Safety.* Lewis Publishers/CRC Press, Inc. Boca Raton, FL © 1994

11) Boucher, Patrick M. *Nanotechnology: Legal Aspects*. CRC Press, Inc. Boca Raton, FL © 2008

12) Lin, Patrick,, James Moor, and John Weckert. *NANOETHICS: The Ethical and Social Implications of Nanotechnology*. Wiley-Interscience (a John Wiley & Son, Inc. Publication). Hoboken, New Jersey © 2007

13) Wang, Shong I., Gao, Ruiping P., Gole, James I. and John D. Stout. "*Silica Nanotubes and Nanofiber Arrays*". Advanced Materials © 200, 12, No. 24, December 15 pgs 1938-1940.

14) Executive Office of the President. National Science and Technology Council. *National Nanotechnology Initiative Strategic Plan.* National Science and Technology Council, Committee on Technology Subcommittee on Nanoscale Science, Engineering and Technology. US Government Printing Office. Washington, DC © February 2011

15) Supplement to the President's FY 2012 Budget. *The National Nanotechnology Initiative: Research and Development Leading to a Revolution in Technology and Industry.* US Government Printing Office. Washington, DC © February 22, 2011

16) Report of the National Nanotechnology Initiative Workshop (May 5-7, 2009). *Nanotechnology-Enabled Sensing.* National Nanotechnology Coordination Office. Arlington, VA © 2009

17) National Nanotechnology Coordination Office. *Nanotechnology: Big Things from a Tiny World.* Arlington, VA © 2008/2009

Case 3:15-cv-01569-LB Document 3-4 Filed 04/06/15 Page 7 of 14

World's Lightest Solid Takes Inspiration From Eiffel Tower - Yahoo! News    Page 1 of 5

YAHOO! NEWS

# World's Lightest Solid Takes Inspiration From Eiffel Tower

By Charles Choi | LiveScience.com – 18 hrs ago

A metallic lattice of hair-thin pipes is now the lightest solid yet created — less dense than air, scientists revealed.

The strategy used to create these intricate structures could lead to revolutionary materials of extraordinary strength and lightness, including ones made of diamond, researchers added.

Ultra-lightweight materials such as foams are widely used in thermal insulation and to dampen sounds, vibrations and shocks. They can also serve as scaffolds for battery electrodes and catalytic systems.

The very lightest substances in the world until now, aerogels, have the ethereal nickname "frozen smoke." They can reach densities of 1 milligram per cubic centimeter, making them less dense than air at room temperature and sea level.

The problem until now with low-density materials such as aerogels and metallic foams has been their random structures. For instance, aerogels are arranged like a chaotic tangle of microscopic-bead necklaces. The chaotic architecture of these substances makes them much weaker than conventional forms of their parent material.

Now scientists have devised ultra-lightweight, low-density metallic lattices with orderly structures. These possess higher levels of stiffness, strength and conductivity of conventional forms of their parent materials, findings detailed in the Nov. 18 issue of the journal Science.

"Our vision is to revolutionize lightweight materials by adopting principles of architecture into their design," researcher Tobias Schaedler, lead scientist at HRL Laboratories in Malibu, Calif., told InnovationNewsDaily.

"If you look at the Eiffel Tower or Golden Gate Bridge, they're incredibly light and strong for their size by virtue of their architecture — the Eiffel Tower is taller and lighter than the pyramids because of its design," Schaedler explained. "We want to achieve the same thing these modern buildings achieve by working on the structures of materials."

The researchers began with a liquid photopolymer — a molecule that changes its properties when exposed to light. They shined patterns of ultraviolet light on this photopolymer, generating a three-dimensional lattice, and coated this structure with a thin film of metal — in this case, nickel-phosphorous alloy.

Next, Schaedler and his colleagues etched away the photopolymer with lye, leaving behind a lattice of hollow nickel-phosphorus struts each 100- to 500-microns wide, or one-to-five times the width of a human hair. The walls of these tubes ranged from 100 to 500 nanometers or billionths of a meter thick, or up to 1,000 times thinner than a human hair.

These lattices are even airier than aerogels, with a density of 0.9 mg per cubic centimeter. "The lattice is 99.99 percent open volume," Schaedler said. "It's about 100 times lighter than Styrofoam."

In experiments, these metal lattices proved very springy, bouncing back to their original shape even after being compressed to less than half their size.

"We're envisioning applications in structural components, such as in aerospace," Schaedler said. "Its energy-absorption capabilities might also make it useful for acoustic-, vibration- and shock-damping. We can control the architecture on the millimeter, micrometer and nanometer scales, to design materials with tailored properties for specific applications, if we want."

The researchers are now experimenting with lattices made of other kinds of materials. "We should be able to make lattices of any thin-film material — for instance, diamond, polymers and ceramics," Schaedler said.

*This article was provided by InnovationNewsDaily, a sister site to LiveScience.*

- 10 Technologies Poised to Change the World
- Tiny Grandeur: Stunning Photos of the Very Small
- 10 Profound Innovations Ahead



SCIENCE

ALL TECH - ALL THE TIME

TechNewsWorld > Technology > Science | Read Next Article November 19, 2011 02:10:43 PM in Science

Please note that this material is copyright protected. It is illegal to display or reproduce this article without permission for any commercial purpose, including use as marketing or public relations literature. To obtain reprints of this article for authorized use, please call a sales representative at (818) 461-9700 or visit http://www.ecnows.com/about/reprints/.

# New Mighty Microlattice Material Weighs Next to Nothing



By Richard Adhikari
TechNewsWorld
11/18/11 11:53 AM PT

- Back to Online Version
- E-Mail Article
- Reprints

HRL Labs has developed a new metallic microlattice material that weighs less than 0.9 mg per cubic centimeter -- less than one-thousandth of the density of water. The stuff could be used for jobs like thermal insulation, battery electrodes and damping materials. The research team first made a polymer microlattice template by exploiting an optical trick for growing polymer fibers using light.

~advertisement
The world's leading SSL certificates now offer more protection and security. Now from Symantec. Download your free trial of the world's leading SSL certificates at verisign.com/ssl/free-30day-trial.

A team of researchers led by Tobias Schaedler of HRL Labs has developed an ultralight metallic microlattice that's 10,000 times lighter than ultralight aerogels and carbon nanotube foams.

Ultralight cellular materials weigh less than 10 milligrams per cubic centimeter.

"An ordered lattice is inherently stronger than a foam with random porosity," Schaedler told TechNewsWorld.

Uses for ultralight cellular materials include thermal insulation, battery electrodes and damping for acoustic, vibration and shock energy.

This latest research, published in the journal *Science*, is part of a cycle that began back in 2007.

**How the Ultralight Metallic Microlattice Was Made**

7.

11/19/2011

http://www.technewsworld.com/rsstory/73793.html

The research team first made a polymer microlattice template by exploiting an optical trick for growing polymer fibers using light, Schaedler said.

The process passes ultraviolet (UV) light through a perforated mask into a reservoir of resin that gets cured when it's exposed to UV.

The resin traps light as it cures under each hole in the mask and forms a polymer fiber along the path of the light.

Playing multiple light beams over the mask makes the fibers interconnect to form a lattice.

The remaining uncured resin is washed out, the polymer template is coated in a thin layer of nickel, and the polymer is dissolved with lye, also known as sodium hydroxide.

This leaves a "very thin" hollow lattice surrounding the original template, Schaedler said.

### Using a 3D Truss

A three-dimensional truss-like pattern similar to that used in bridge supports lies at the core of this ultralight microlattice research.

"We developed this microtruss process at HRL in 2007, and we've been working on multiple applications since," Schaedler said.

### The Microlattice vs. Aerogels

HRL Labs' ultralight metallic microlattice has a density of less than 0.9 mg per cubic centimeter -- less than one-thousandth of the density of water. It recovers completely after compression exceeding 50 percent strain and has an energy absorption similar to elastomers.

The metallic microlattice rates as E p2 on Young's modulus E, whereas ultralight aerogels and carbon nanotube foams with stochastic architecture rate at E p3, the researchers said.

Young's modulus basically describes tensile elasticity -- the tendency of an object to deform along an axis when compressed.

The difference between Young's modulus ratings of p2 and p3 isn't linear.

"It scales with relative density, so if you have a relative density of 1 percent, the difference is a factor of 100, and if you have a relative density of 0.01 percent like the lightest lattice we were able to make, the difference would be a factor of 10,000," Schaedler said.

### The Long Road of Research

HRL had earlier conducted research with the California Institute of Technology and the University of California at Irvine "for making [this microtruss process] ultralight," Schaedler said.

The findings of that earlier project were published in *Nanoletters* in August.

8

11/19/2011

http://www.technewsworld.com/rsstory/73793.html

Technology News: Science: New Mighty Microlattice Material Weighs Next to Nothing

Page 9 of 9

| 1 | 3 | 0 | Share | 1 |

Back to Online Version | E-Mail Article | Reprints | More by Richard Adhikari

Copyright 1998-2011 ECT News Network, Terms of Service | Privacy Policy | How To Advertise Inc. All Rights Reserved.


OLAY PROFESSIONAL CLINICALLY SHOWN TO FIGHT ACNE WITHOUT HARSH DRYNESS. GUARANTEED. BUY NOW Advertisement

6.  A Practical Guide to Brain-Computer Interfacing with BCI2000: General-Purpose Software for Brain-Computer Interface Research, Data Acquisition, ... (Human-Computer Interaction Series) by Gerwin Schalk and Jürgen Mellinger (Apr 14, 2010)

| Formats | Price | New | Used |
|---|---|---|---|
| Hardcover | $69.95 $55.77 | $52.05 | $57.97 |

Order in the next 5 hours to get it by Monday, Nov 21
Only 11 left in stock - order soon.
Eligible for FREE Super Saver Shipping

Excerpt - Page 29: "... based brain computer interface the Seattle ..." See a random page in this book.

Sell this back for an Amazon.com Gift Card

6.  Brain-Computer Interfaces: An international assessment of research and development trends by Theodore W. Berger, John K. Chapin, Greg A. Gerhardt and Dennis J. McFarland (Nov 25, 2010)

| Formats | Price | New | Used |
|---|---|---|---|
| Paperback | $159.00 $126.44 | $122.45 | $157.38 |

Order in the next 51 hours to get it by Tuesday, Nov 22
Eligible for FREE Super Saver Shipping

Kindle Edition — $113.80
Auto-delivered wirelessly

Other Formats: Hardcover

Excerpt - Page 1: "... brain and external devices, or brain-computer interfaces (BCI ..." See a random page in this book.

Sell this back for an Amazon.com Gift Card

7.  Brain-Computer Interfaces: Principles and Practice by Jonathan Wolpaw and Elizabeth Winter Wolpaw (Jan 24, 2012)

| Formats | Price | New | Used |
|---|---|---|---|
| Hardcover | $135.00 | | |

Available for Pre-order. This item will be released on January 24, 2012.
Eligible for FREE Super Saver Shipping and 1 more promotion

8.  Design Of A Brain Computer Interface Based on Electroencephalogram: A Complete System Design from Hardware Implementation to High Level Application by Ozan Günaydn (May 25, 2011)

| Formats | Price | New | Used |
|---|---|---|---|
| Paperback | $93.99 $64.80 | $64.80 | $81.03 |

Order in the next 1 hour to get it by Monday, Nov 21
Eligible for FREE Super Saver Shipping

9.  Beyond Boundaries: The New Neuroscience of Connecting Brains with Machines—and How It Will Change Our Lives by Miguel Nicolelis (Mar 15, 2011)

(7 customer reviews)

| Formats | Price | New | Used |
|---|---|---|---|
| Hardcover | $28.00 $10.92 | $9.37 | $4.50 |

Order in the next 5 hours to get it by Monday, Nov 21
Eligible for FREE Super Saver Shipping

Kindle Edition — $14.99
Auto-delivered wirelessly

Other Formats: Paperback, Audible Audio Edition

10. No image available. Machine Learning Methods for Brain-Computer Interfaces by Thomas Navin Lal (Nov 21, 2005)

| Formats | Price | New | Used |
|---|---|---|---|
| Paperback | | $81.00 | |

11.  Wired for Thought: How the Brain Is Shaping the Future of the Internet by Jeffrey M. Stibel (Sep 16, 2009)
(22 customer reviews)

| Formats | Price | New | Used |
|---|---|---|---|
| Hardcover<br>Order in the next 4 hours to get it by Monday, Nov 21.<br>Only 4 left in stock - order soon.<br>Eligible for FREE Super Saver Shipping. | ~~$29.95~~ $18.82 | $9.99 | $2.99 |
| Kindle Edition<br>Auto-delivered wirelessly | $16.47 | | |

Other Formats: Audible Audio Edition

12.  A P300 event-related potential brain-computer interface (BCI): The effects of matrix size and inter stimulus interval on performance [An article from: Biological Psychology] by E.W. Sellers, D.J. Krusienski, D.J. McFarland and Vau (Oct 1, 2006) - HTML

| Formats | Price | New | Used |
|---|---|---|---|
| Digital<br>Available for download now | $7.95 | | |

‹ Previous | Page: 1

Search Feedback
Did you find what you were looking for?

Search powered by

11.



FIGURE 1.18 Proposed model of cooperative deformation of hard segments and smectic layers as a function of strain. (Reproduced from Nair, B. R.; Gregoriou, V. G.; Hammond, P. T, *Polymer* 2000 with permission. Copyright [2000] Elsevier.)

**NOTE: FIGURE 1.8 taken from <u>Vibrational Spectroscopy of Biological and Polymeric Materials</u> by Vasilis G. Gregoriou and Mark S. Braiman. CRC Taylor & Francis. Boca Raton, FL © 2006 pg 31**

Studying the Viscoelastic Behavior of Liquid Crystalline Polyurethanes



FIGURE 1.1 (a) Chemical structure of side chain liquid crystalline polyurethane. (b) Polyurethane morphology representation. (Reproduced Nair, B. R.; Gregoriou, V. G.; Hammond, P. T. *J. Phys. Chem. B.* 2000, with permission. Copyright [2000], American Chemical Society.)

NOTE: FIGURE 1.1 taken from *Vibrational Spectroscopy of Biological and Polymeric Materials* by Vasilis G. Gregoriou and Mark S. Braiman. CRC Taylor & Francis. Boca Raton, FL © 2006 pg. 11

13.