Exhibit Z

4   Documents from Action Center

Exhibit  Z-1:  one page 2 photos show physical dump Memory

Exhibit  Z-2   6 page   12 photos

Exhibit  Z-3    3 big photos $(11 \times 8\frac{1}{2})$
                show  Human processor x86
                     Based PC!

Exhibit  Z-4    3 big photos $(8\frac{1}{2} \times 11)$
                     show  Human PC set ups

Exhibit E-1

to your computer.

The problem seems to be caused by the following file: Ntfs.sys

An attempt was made to write to read-only memory.

If this is the first time you've seen this Stop error screen, restart your computer. If this screen appears again, follow these steps:

Check to make sure any new hardware or software is properly installed. If this is a new installation, ask your hardware or software manufacturer for any windows updates you might need.

If problems continue, disable or remove any newly installed hardware or software. Disable BIOS memory options such as caching or shadowing. If you need to use Safe Mode to remove or disable components, restart your computer, press F8 to select Advanced Startup Options, and then select Safe Mode.

Technical information:

*** STOP: 0x000000BE (0xF7363536,0x0733F121,0xF3578018,0x0000000B)

***        Ntfs.sys - Address F738745E base at F734A000, DateStamp 48025be5

Beginning dump of physical memory
Dumping physical memory to disk:  80

A problem has been detected and windows has been shut down to prevent damage to your computer.

The problem seems to be caused by the following file: Ntfs.sys

An attempt was made to write to read-only memory.

If this is the first time you've seen this Stop error screen, restart your computer. If this screen appears again, follow these steps:

Check to make sure any new hardware or software is properly installed. If this is a new installation, ask your hardware or software manufacturer for any windows updates you might need.

If problems continue, disable or remove any newly installed hardware or software. Disable BIOS memory options such as caching or shadowing. If you need to use Safe Mode to remove or disable components, restart your computer, press F8 to select Advanced Startup Options, and then select Safe Mode.

Technical information:

*** STOP: 0x000000BE (0xF7363536,0x0733F121,0xF3578018,0x0000000B)

***        Ntfs.sys - Address F738745E base at F734A000, DateStamp 48025be5

Beginning dump of physical memory
Dumping physical memory to disk:  21