Exhibit E-2

| Name | Version | PublicKeyToken | Processor |
|---|---|---|---|
| System.AddIn | 2.0.0.0 | b03f5f7f11d50a3a | |
| System.AddIn.Contract | 2.0.0.0 | b03f5f7f11d50a3a | |
| System.ComponentModel.DataAnnotations | 3.5.0.0 | 31bf3856ad364e35 | |
| System.Configuration | 2.0.0.0 | b03f5f7f11d50a3a | |
| System.Configuration.Install | 2.0.0.0 | b03f5f7f11d50a3a | |
| System.Core | 3.5.0.0 | b77a5c561934e089 | |
| System.Data | 2.0.0.0 | b77a5c561934e089 | |
| System.Data.DataSetExtensions | 3.5.0.0 | b77a5c561934e089 | |
| System.Data.Entity | 3.5.0.0 | b77a5c561934e089 | |
| System.Data.Entity.Design | 3.5.0.0 | b77a5c561934e089 | |
| System.Data.Linq | 3.5.0.0 | b77a5c561934e089 | |
| System.Data.OracleClient | 2.0.0.0 | b77a5c561934e089 | |
| System.Data.Services | 3.5.0.0 | b77a5c561934e089 | |

...

System.Data.Services, Version=3.5.0.0, Culture=neutral, PublicKeyToken=b77a5c561934e089, processorArchitecture=MSIL

| | | | |
|---|---|---|---|
| System.Configuration.Install | 2.0.0.0 | b03f5f7f11d50a3a | MSIL |
| System.Core | 3.5.0.0 | b77a5c561934e089 | MSIL |
| System.Data | 2.0.0.0 | b77a5c561934e089 | x86 |
| System.Data.DataSetExtensions | 3.5.0.0 | b77a5c561934e089 | MSIL |
| System.Data.Entity | 3.5.0.0 | b77a5c561934e089 | MSIL |
| System.Data.Entity.Design | 3.5.0.0 | b77a5c561934e089 | MSIL |
| System.Data.Linq | 3.5.0.0 | b77a5c561934e089 | MSIL |
| System.Data.OracleClient | 2.0.0.0 | b77a5c561934e089 | x86 |
| System.Data.Services | 3.5.0.0 | b77a5c561934e089 | MSIL |

modified: 11/13/2014 3:30 A
created: 7/13/2009 7:37 PM

Sample photos

1.

| Name | Version | PublicKeyToken | Processor Architecture |
|---|---|---|---|
| Microsoft.MediaCenter.Bml | 6.1.0.0 | 31bf3856ad364e35 | MSIL |
| Microsoft.MediaCenter.Interop | 6.1.0.0 | 31bf3856ad364e35 | MSIL |
| Microsoft.MediaCenter.iTV | 6.1.0.0 | 31bf3856ad364e35 | x86 |
| Microsoft.MediaCenter.iTv.Hosting | 6.1.0.0 | 31bf3856ad364e35 | MSIL |
| Microsoft.MediaCenter.iTV.Media | 6.1.0.0 | 31bf3856ad364e35 | MSIL |
| Microsoft.MediaCenter.ITVVM | 6.1.0.0 | 31bf3856ad364e35 | MSIL |
| Microsoft.MediaCenter.Mheg | 6.1.0.0 | 31bf3856ad364e35 | x86 |
| Microsoft.MediaCenter.Playback | 6.1.0.0 | 31bf3856ad364e35 | x86 |
| Microsoft.MediaCenter.Shell | 6.1.0.0 | 31bf3856ad364e35 | MSIL |
| Microsoft.MediaCenter.Sports | 6.1.0.0 | 31bf3856ad364e35 | MSIL |
| Microsoft.MediaCenter.TV.Tuners.Interop | 6.1.0.0 | 31bf3856ad364e35 | x86 |
| Microsoft.MediaCenter.UI | 6.1.0.0 | 31bf3856ad364e35 | MSIL |
| Microsoft.mshtml | 7.0.330... | b03f5f7f11d50a3a | MSIL |
| Microsoft.Office.InfoPath | 12.0.0.0 | 71e9bce111e9429c | MSIL |
| Microsoft.Office.InfoPath.Client.Internal.Host | 12.0.0.0 | 71e9bce111e9429c | MSIL |
| Microsoft.Office.InfoPath.Client.Internal.Host.Interop | 12.0.0.0 | 71e9bce111e9429c | x86 |

Microsoft.MediaCenter.iTV.Media, Version=6.1.0.0, Culture=neutral, PublicKeyToken=31bf3856ad364e35, processorArchitecture=x86

| Assembly | Version | Culture | PublicKeyToken | Processor |
|---|---|---|---|---|
| System.Data.Services.Design | 3.5.0.0 | | b77a5c561934e089 | MSIL |
| System.Data.SqlXml | 2.0.0.0 | | b77a5c561934e089 | MSIL |
| System.Deployment | 2.0.0.0 | | b03f5f7f11d50a3a | MSIL |
| System.Design | 2.0.0.0 | | b03f5f7f11d50a3a | MSIL |
| System.DirectoryServices | 2.0.0.0 | | b03f5f7f11d50a3a | MSIL |
| System.DirectoryServices.Protocols | 2.0.0.0 | | b03f5f7f11d50a3a | MSIL |
| System.Drawing | 2.0.0.0 | | b03f5f7f11d50a3a | MSIL |
| System.Drawing.Design | 2.0.0.0 | | b03f5f7f11d50a3a | MSIL |
| System.EnterpriseServices | 2.0.0.0 | | b03f5f7f11d50a3a | x86 |
| System.IdentityModel | 3.0.0.0 | | b77a5c561934e089 | MSIL |
| System.IdentityModel.Selectors | 3.0.0.0 | | b77a5c561934e089 | MSIL |
| System.IO.Log | 1.0.0.0 | | 31bf3856ad364e35 | MSIL |
| System.Management | 2.0.0.0 | | b03f5f7f11d50a3a | MSIL |
| System.Management.Automation | 1.0.0.0 | | 31bf3856ad364e35 | MSIL |
| System.Management.Automation.Resources | 1.0.0.0 | en | 31bf3856ad364e35 | MSIL |
| System.Management.Instrumentation | 3.5.0.0 | | b77a5c561934e089 | MSIL |
| System.Messaging | 2.0.0.0 | | b03f5f7f11d50a3a | MSIL |
| System.Net | 3.0.0.0 | | b03f5f7f11d50a3a | MSIL |
| System.Printing | 3.0.0.0 | | 31bf3856ad364e35 | MSIL |
| System.Runtime.Remoting | 2.0.0.0 | | b03f5f7f11d50a3a | x86 |
| | 2.0.0.0 | | b77a5c561934e089 | MSIL |
| System.Data.Services | 3.5.0.0 | | b77a5c561934e089 | MSIL |
| System.Data.Services.Client | 3.5.0.0 | | b77a5c561934e089 | MSIL |

Tooltip: System.Deployment, Version=2.0.0.0, Culture=neutral, PublicKeyToken=b03f5f7f11d50a3a, processorArchitecture=MSIL



| Assembly | Version | Culture | PublicKeyToken | Processor Architecture |
|---|---|---|---|---|
| System.Data.Services.Design | 3.5.0.0 | | b77a5c561934e089 | MSIL |
| System.Data.SqlXml | 2.0.0.0 | | b77a5c561934e089 | MSIL |
| System.Deployment | 2.0.0.0 | | b03f5f7f11d50a3a | MSIL |
| System.Design | 2.0.0.0 | | b03f5f7f11d50a3a | MSIL |
| System.DirectoryServices | 2.0.0.0 | | b03f5f7f11d50a3a | MSIL |
| System.DirectoryServices.Protocols | 2.0.0.0 | | b03f5f7f11d50a3a | MSIL |
| System.Drawing | 2.0.0.0 | | b03f5f7f11d50a3a | MSIL |
| System.Drawing.Design | 2.0.0.0 | | b03f5f7f11d50a3a | MSIL |
| System.EnterpriseServices | 2.0.0.0 | | b03f5f7f11d50a3a | x86 |
| System.IdentityModel | 3.0.0.0 | | b77a5c561934e089 | MSIL |
| System.IdentityModel.Selectors | 3.0.0.0 | | b77a5c561934e089 | MSIL |
| System.IO.Log | 1.0.0.0 | | 31bf3856ad364e35 | MSIL |
| System.Management | 2.0.0.0 | | b03f5f7f11d50a3a | MSIL |
| System.Management.Automation | 1.0.0.0 | en | 31bf3856ad364e35 | MSIL |
| System.Management.Automation.Resources | 3.5.0.0 | | b77a5c561934e089 | MSIL |
| System.Management.Instrumentation | 2.0.0.0 | | b03f5f7f11d50a3a | MSIL |
| System.Messaging | 2.0.0.0 | | b03f5f7f11d50a3a | MSIL |
| System.Net | 3.5.0.0 | | b03f5f7f11d50a3a | MSIL |
| System.Printing | 3.0.0.0 | | 31bf3856ad364e35 | MSIL |
| System.Runtime.Remoting | 2.0.0.0 | | b03f5f7f11d50a3a | x86 |
| ... | 3.0.0.0 | | b03f5f7f11d50a3a | MSIL |
| System.Data.Services | 3.5.0.0 | | b77a5c561934e089 | MSIL |
| System.Data.Services.Client | 3.5.0.0 | | b77a5c561934e089 | MSIL |
| System.Data.Services.Design | 3.5.0.0 | | b77a5c561934e089 | MSIL |
| System.Deployment | 2.0.0.0 | | b03f5f7f11d50a3a | MSIL |
| System.Design | 2.0.0.0 | | b03f5f7f11d50a3a | MSIL |
| System.DirectoryServices | 2.0.0.0 | | b03f5f7f11d50a3a | MSIL |
| System.DirectoryServices.Protocols | 2.0.0.0 | | b03f5f7f11d50a3a | MSIL |
| System.Drawing | 2.0.0.0 | | b03f5f7f11d50a3a | MSIL |
| System.Drawing.Design | 2.0.0.0 | | b03f5f7f11d50a3a | MSIL |
| System.EnterpriseServices | 2.0.0.0 | | b03f5f7f11d50a3a | x86 |
| System.IdentityModel | 3.0.0.0 | | b77a5c561934e089 | MSIL |
| System.IdentityModel.Selectors | 3.0.0.0 | | b77a5c561934e089 | MSIL |
| System.IO.Log | 1.0.0.0 | | 31bf3856ad364e35 | MSIL |
| System.Management | 2.0.0.0 | | b03f5f7f11d50a3a | MSIL |
| System.Management.Automation | 1.0.0.0 | en | 31bf3856ad364e35 | MSIL |
| System.Management.Automation.Resources | 3.5.0.0 | | b77a5c561934e089 | MSIL |
| System.Management.Instrumentation | 2.0.0.0 | | b03f5f7f11d50a3a | MSIL |
| System.Messaging | 3.5.0.0 | | b03f5f7f11d50a3a | x86 |

Callout: System.Design, Version=2.0.0.0, Culture=neutral, PublicKeyToken=b03f5f7f11d50a3a, processorArchitecture=MSIL

Callout: System.Deployment, Version=2.0.0.0, Culture=neutral, PublicKeyToken=b03f5f7f11d50a3a, processorArchitecture=MSIL

| Name | Version | Token | Arch |
|---|---|---|---|
| Microsoft.MediaCenter | 6.1.0.0 | 31bf3856ad364e35 | MSIL |
| Microsoft.MediaCenter.Bml | 6.1.0.0 | 31bf3856ad364e35 | MSIL |
| Microsoft.MediaCenter.Interop | 6.1.0.0 | 31bf3856ad364e35 | x86 |
| Microsoft.MediaCenter.iTV | 6.1.0.0 | 31bf3856ad364e35 | MSIL |
| Microsoft.MediaCenter.iTV.Hosting | 6.1.0.0 | 31bf3856ad364e35 | MSIL |
| Microsoft.MediaCenter.iTV.Media | 6.1.0.0 | 31bf3856ad364e35 | MSIL |
| Microsoft.MediaCenter.Mheg | 6.1.0.0 | 31bf3856ad364e35 | x86 |
| Microsoft.MediaCenter.Playback | 6.1.0.0 | 31bf3856ad364e35 | x86 |
| Microsoft.MediaCenter.Shell | 6.1.0.0 | 31bf3856ad364e35 | MSIL |
| Microsoft.MediaCenter.Sports | 6.1.0.0 | 31bf3856ad364e35 | MSIL |
| Microsoft.MediaCenter.TV.Tuners.Interop | 6.1.0.0 | 31bf3856ad364e35 | x86 |
| Microsoft.MediaCenter.UI | 6.1.0.0 | 31bf3856ad364e35 | MSIL |
| Microsoft.mshtml | 7.0.330... | b03f5f7f11d50a3a | MSIL |
| Microsoft.Office.InfoPath | 12.0.0.0 | 71e9bce111e9429c | MSIL |
| Microsoft.Office.InfoPath.Client.Internal.Host | 12.0.0.0 | 71e9bce111e9429c | MSIL |
| Microsoft.Office.InfoPath.Client.Internal.Host.Interop | 12.0.0.0 | 71e9bce111e9429c | x86 |

Tooltip: Microsoft.MediaCenter.iTv.Hosting, Version=6.1.0.0, Culture=neutral, PublicKeyToken=31bf3856ad364e35, processorArchitecture=MSIL

| Assembly | Version | Culture | PublicKeyToken | Arch |
|---|---|---|---|---|
| System.DirectoryServices | 2.0.0.0 | | b03f5f7f11d50a3a | MSIL |
| System.DirectoryServices.AccountManagement | 3.5.0.0 | | b77a5c561934e089 | MSIL |
| System.DirectoryServices.Protocols | 2.0.0.0 | | b03f5f7f11d50a3a | MSIL |
| System.Drawing | 2.0.0.0 | | b03f5f7f11d50a3a | MSIL |
| System.Drawing.Design | | | b03f5f7f11d50a3a | MSIL |
| System.EnterpriseServices | 2.0.0.0 | | b03f5f7f11d50a3a | x86 |
| System.IdentityModel | 3.0.0.0 | | b77a5c561934e089 | MSIL |
| System.IdentityModel.Selectors | 3.0.0.0 | | b77a5c561934e089 | MSIL |
| System.IO.Log | 2.0.0.0 | | b03f5f7f11d50a3a | MSIL |
| System.Management | 1.0.0.0 | | b03f5f7f11d50a3a | MSIL |
| System.Management.Automation | 3.5.0.0 | en | 31bf3856ad364e35 | MSIL |
| System.Management.Automation.Resources | 2.0.0.0 | | b77a5c561934e089 | MSIL |
| System.Management.Instrumentation | 3.5.0.0 | | b03f5f7f11d50a3a | MSIL |
| System.Messaging | 3.0.0.0 | | 31bf3856ad364e35 | x86 |
| System.Net | 2.0.0.0 | | b77a5c561934e089 | |
| System.Printing | 3.0.0.0 | | b03f5f7f11d50a3a | MSIL |
| System.Runtime.Remoting | | | | |
| System.Drawing | 2.0.0.0 | | b03f5f7f11d50a3a | MSIL |
| System.Director... | | | | |
| System.DirectoryServices, Version=2.0.0.0, Culture=neutral, PublicKeyToken=b03f5f7f11d50a3a, processorArchitecture=MSIL | | | | |
| System.DirectoryServices | 2.0.0.0 | | b03f5f7f11d50a3a | MSIL |
| System.Design | 2.0.0.0 | | b03f5f7f11d50a3a | MSIL |
| System.Deployment | 2.0.0.0 | | b03f5f7f11d50a3a | MSIL |
| System.Drawing.Design | 2.0.0.0 | | b03f5f7f11d50a3a | MSIL |
| System.EnterpriseServices | 2.0.0.0 | | b03f5f7f11d50a3a | x86 |
| System.IdentityModel | 3.0.0.0 | | b77a5c561934e089 | MSIL |
| System.IdentityModel.Selectors | 3.0.0.0 | | b77a5c561934e089 | MSIL |
| System.IO.Log | 2.0.0.0 | | b03f5f7f11d50a3a | MSIL |
| System.Management | 1.0.0.0 | en | 31bf3856ad364e35 | MSIL |
| System.Management.Automation | 3.5.0.0 | | b77a5c561934e089 | MSIL |
| System.Management.Automation.Resources | 2.0.0.0 | | b03f5f7f11d50a3a | MSIL |
| System.Management.Instrumentation | 3.5.0.0 | | b03f5f7f11d50a3a | MSIL |
| System.Messaging | 2.0.0.0 | | 31bf3856ad364e35 | |
| System.Net | 3.0.0.0 | | b77a5c561934e089 | MSIL |

MSIL
x86

6.