UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| QIU MIN JI, | No. C 15-01569 LB |
| Plaintiff, | **ORDER (1) TO SHOW CAUSE AND (2) DENYING PLAINTIFF'S MOTION FOR AN EARLY CASE MANAGEMENT CONFERENCE** |
| v. | |
| NATIONAL SECURITY AGENT AND OTHER AGENTS KNOWN AND UNKNOWN, | |
| Defendants. | |
| _____/ | |

On April 6, 2015, Plaintiff Qui Min Ji, who is proceeding *pro se*, filed a document titled, "Complaint Disclose the Forever Mystery of our Cyber Security," against "National Security Agent and other Agents Known or Unknown." (Complaint, ECF No. 3.) The gist of Plaintiff's complaint is that a Chinese spy who resides in the United States has been controlling the Internet for over four years. This Chinese spy implanted multiple biosensors into Plaintiff's brain and uses them to control Plaintiff. Somehow, FCC regulations regarding DNS name registration are involved, too.

In the complaint, Plaintiff never describes the agent(s) sued, never alleges a specific legal claim against the agent(s), and never alleges why this court has subject-matter jurisdiction over the action. Federal courts are courts of limited jurisdiction. *See Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 377 (1994); *Guglielmino v. McKee Foods Corp.*, 506 F.3d 696, 700 (9th Cir. 2007). A plaintiff who seeks to invoke federal jurisdiction by filing a complaint in federal court bears the burden of establishing that jurisdiction. *See, e.g., Kokkonen*, 511 U.S. at 377; *Farmers Ins.*

*Exchange v. Portage La Prairie Mut. Ins. Co.*, 907 F.2d 911, 912 (9th Cir. 1990). The plaintiff must therefore plead sufficient facts in the complaint to establish the court's jurisdiction. Fed. R. Civ. P. 8(a)(1). Plaintiff has not done this.

Accordingly, the court orders Plaintiff to show cause why this action should not be dismissed for lack of subject-matter jurisdiction. Plaintiff must do so in writing by April 22, 2015.

Further, because Plaintiff has not shown that this court has subject-matter jurisdiction over this action, the court denies Plaintiff's motion for an early case management conference which was filed on April 8, 2014.

**IT IS SO ORDERED.**

Dated: April 10, 2015

_____
LAUREL BEELER
United States Magistrate Judge

2