Qiu Min Ji
**Name and Address**

FILED
2015 APR 16 A 9:46
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Qiu Min Ji
**Plaintiff / Petitioner**

VS.

National Security Agent
**Defendant / Respondent**

Case No. CV-15-1569

Document Name:

Motion:
Yuan Sun's Internet & Computer Control Comes to Court

Motion: Yuan Sun's Internet & Computer Control Comes to Court

For all these years, I've been battling over Yuan Sun's physical and Computer control. I need to write more to explain how he controls my website contents, how he controls my case documents in Federal Court.

I am presenting some of my writings that were disappeared during my writing process. Some of them were directly allege NSA. and their relationship with Yuan Sun. But Yuan Sun hold these paragraphs, not let them shown. Due to these challenge

I ask court to consider me to send ~~page~~ paper document, and read paper document. till we can confident spy is not control my case document.

Thank you for consideration.

*[signature]*

/.

The spy and NSA's modern Bio Terrorist weapons

The spy and NSA's modern Bio Terrorist weapons that have been applied on me, torturing me every minute 24/7 non stop, with intention to kill me. But experts do not see them since the internet controller has all different ways to hide their terrorist activities .Besides they have hanged internet settings making, they have already changed the Root, which is the base image, the function started with errors. Started with negative settings. the human PC, that have been set up for attacks for swept, sending emails to for champagne on computers but actually are deadly attacks with intention to kill.

The Nano bio sensor inside my brain , plus many chips "Yuan sun put in, and continue putting in every day at every chance ,has made my body suffer tremendously. The attacking is both automatically set by computer and also live monitoring and attacks since early 2010, never stop a minute. August , 2013, Colombia investigations , leading investigator, Melinda Kidder, using scientific testings on me , she found out that my body has 34 waveguides, these cross each other through my body, sending signals receiving signal..Ms. Melinda Kidder write her concerns on the conclusion: Based in the ACECO and EXTECH evaluations, the points of concern are that signals were present at the time of Ms. Ji's scans and her ELF/EMF readings were higher than any ever seen by this detective.

December 2014, Columbia investigations did another scan on me, according to ms kidder, new tech have been applied on me , she found out from her different testings that my body had a steady conspired with NSA to kill me by using schema, radiation from lights, from Sunlight to kill me. I used tart , the heavy duty tart with reflection code and the other side like plastic to block the sunlight. But Sun's attacking increasing daily. My 3 layers of tart all went through when I put them on the window. Recently I used Sun shade bought from Reilly to put on my window I used two layers of the Sunshades and taped them. Today, when I need packing and leave the Hilton Garden hotel at Mountain view, two employee came to help me for my luggages. When I was trying to tear down the Sun Blockers on my window, my two layers of sunshade that covered my window can see the bright sunshine came through. I asked Beatriz, a lady employee in house keeping, and Miguel A gentleman in maintenance to help me to see the strange scenario. they both saw it. Because normally one sun shade would have covered all the Sunlight from coming through. But my two layers of sunshade still had the strong radiation shine through. Yuan Sun and NSA have been using to Gadget spectrum to kill me. to use all different radiations to kill, and I have experiencing extremely Burning my body and my organs.

I have done a detox patch test on march 3, and the testing result shows the spy and NSA's daily killing efforts by radiation. The detox patch test found 13 in radioactive materials, while the standard number is 1-10 , one is the lowest and 10 is the highest. The radiation materials I have received is higher the the highiest standard already,Yuan Sun use radiation hot and cold. The cold radiation is from Cyber knife, one of the radiation that can make tumor diminished.

Yuan Sun use the cold radiation on me, making me mussel disappeared. I one time walked in a MRI testing facility, to do a test, the technician asked me if I have done any surgery on my legs, she saw one of my leg muscle disappeared, and showed me. However that technicians question never appeared at the report because our radiology are not the first line to see, but being manipulated as they only read the materials as being sent to them or put on the web. They do not know that could be manipulated when the spy controls the internet control

2.

website and email, he would not allow his unfavored images get through , so even would get another 10 test, unless the radiologist agree to be present to see by his eyes, he would not able to tell the truth. My own physician, Dr. Farrier at my last chek up, I mentioned to him about my mussel disc appeared issue. He saw my left leg swollen, he thought that will bigger then the right leg. However, when he used a measurement it was surprised him that my left leg was two inches less compared with my right leg.... Cyber knife is one of the spy's weapon. they also have been suing the cyber knife , the old radiation to my body organs through my bottom, my upper legs joint with bottom getting thinner and thinner, due to the cyber knife keeping swept on my body getting in through my private part and my organs. But due to the urgency to file this case to the court, I do not have time to do any check ups. Also I do not have time to ask around a result minded routine that the radiology depart ment often do not perform. If I had time, I would ask around to see if a radiologist can be there to see the result by himself, instead of only see the result presented by technician or by checking images on the internet.

Yuan Sun controls our energy, the normal AC or DC power all under his control whenever he wants to. by his higher energy, such as UV , IR or other radiations. Yuan Sun's energy control extended to control water and control my ability to clean my clothe, I could not wash my cloths inside hotel laundry, Sun put in nanos, radioactive materials to damage my cloths or to wear them with more and heavy attacks. I have to shopping for well built laundromat, where their back end were sealed inside that the spy will not easily controlled by the remote entry. Since Yuan Sun controls our energy, he controls my room electricity, for over months, I can not use hot water as other people, Living in the modern hotel paying the same price, I always have a room with no hot water If I do most time that hot water have radioactive materials. In order to use hot water, I bought an electric pot, cold water from store haul them into my room, making hot water to put them in plastic box to take rub my skin detox.

For over five years my live have become a living hall Yuan Sun attacks me day and night, The nano bio sensor and nan other nano chips recently NSA invented radioactive materials applied on me 24/7 never stop. He can contorl my body movement, making me vomiting, he can hit my private part, i have to go to bath room. The recent ly he has been making me peel in my pants, each time he use Nuclear energy attacks on my urine system. I was a very healthy individual, but still my flesh can not be always win these poisons radiations. Yuan Sun controls our energy, I forced to be controlled biologically, and he has bio watch on me all the times. He contorl appetite, he can jet my legs ,making unwanted body move and noise, Since 2013, Yuan Sun 's talents being adopted by NSA, He started to use the most advanced military technology, inventions. Both of eyes being chipped, The Document Write can read everything I see, every of my thoughts. And I believe another of my eyes one eye connected to the internet

For months after months, I can not get normal hot water, or could water, He has ways to control the water , putting radioactive materials in the room i lived . But, due to the mind control, even the hotel maintenance , when they first see the greenish blueish water they felt something is wrong, they are being controlled not do anything, nor report to police . Instead, they eventually still follow the spy's control, to against me... doing the things favorite to him. 2014 while I was in AZ at holiday inn, I was able to get an engineer looking into this water issue, and I also able to talk to a person who is in charge of their hotel computers who is in the phenix infrastructure group, lead by FBI officer. when talked with him, we setup time he could coe to check on the energy control issue reflected on Hotel computer. As I was planing finding evidence, Yuan sun was able to control the manager, who rudely chased me out of their hotel and I lost all the connections.

From Radiation thread Http, XML Http REQuest and Dom documents Dome Http \

 Why Yuan Sun and NSA's project on me to torutre to control me to put such nano bio sensor inside me? How could the China spy once have been controlling the internet, including the military . dare to come to Miitray telling them he was the controler, want a joint project... These are logical questions. I want to do anylytics on what I know.

Not only Sun controls the energy inside my hotel room, the energy control goes wherever I go. His energy control basically controls my life. His controlling of my detox efforts extended further to controlling my ability to wash my clothes. I have found out, at beginning he and his criminals put nanomaterials inside the washer in was suing , or put Nanomaterials inside the drain, and draw cold water from the drain, my cloths never washed clean. I washed my clothes by hand for a while Then he started controlling water inside my room. Since Yuan Sun efforts for over a year, to our energy , he trying every way to poison me to kill me. And I try every way to stay alive and to report him. so, I am always on the search for the commercially well built laundromat, with their washers rear end tightly closed so the spy can not easy to get in. Every other week, I had to find such a special built laundromat, sometimes, I spend lot of money on taxi just go through the loca resources to find the well built l landry matt that i feel I can use. I Sillicon valley, I found one and used twice, but discovered the spy already got inside their washers, since he was not able to remote control that well built landrymat , he and his criminals stolen their coin collector, goes to their power to control, and made that laundrymat many machine does not function as they suppose to. However, the spy mind control the store worker and other personnel to not report the problem or not think of energy control even i had appointed to them...\nYuan Sun and his criminals has chipped me, all over my body, not only the Brian Nano biosensor, leading investigator, Melinda kidder, from Colombia investigations all over, yet his purpose is to kill, he could not stop chipping me , my hotel room, the Geographic APi plus the BIOAPI together, the spy and his bio criminals has the total graphic control of me and my room\nI have found Yuan Sun's 30 Weapons set ups and operations Even this highly techy documents with military operaton on the internet, the whole documents may take long times to digest. But certain sentense phragrahs, may be easily understand as it talks through using of common sense.\n\nYuan Sun's many weapons in his 30 f ake google accounts. These accounts are this 71 page: document Page 2, . Page 71 was a default setting on epoch:256000000, but the actual contributing Ids to that default settings , pertile-dataId has 8 pages long litse with over 500 listings all contribute to the one account in order to poche layers of human skin through internet. That is simply Yuan Sun's way to use air that can cut my skin open , When Yuan Sun use such large amount o such epoach ,owerful enough in attacking me. The attached photos on my back and body if you noticed that each of them are caused by wave, you can see the lines due to the different attacks The epoach cn be wuietly to cut my skin stick into my blood vessals area, like hospital injection medicione or poisons.te These line's injuries not only cause by epoach, but other more violet technologies , the name could be mmy not jsut epoach, but also by cyber knife, thatname couold be cyber knife or other names. The cruel realities are that my body have enjuries reflecting the extremly strong wave sthat Yuan Sunused to attacking my body, expecially when I am at home doing dexocing showers. These and many other wounde as the results of the abusive Spy'years tortures have been seen bymy doctor, my landlord, toxicologists and many people who helped me druing thetiems Yuan SUn inject Nerve agents thorugh my blood veins on my arm, undeneith arms, my hands my feet vents., My kneck,my face full of Yuan Sun poched holes that anytime he wants to inject poisons radiations they are all his property and he has the full availability accessevery ito of my body, to do anthing everything but no one ever get him investigate on him. These years th e only motivation guied me through these suffering and insults is to bring him to justice, when I have more and more evidence,...

\n","ibi":22833},{"ty":"as","sm":
{"ps_al_i":true,"ps_awao_i":true,"ps_ifl_i":true,"ps_il_i":true,"ps_ir_i":true,"ps_klt_i":true,"ps_kwn_i":true,"ps_ls":1.38,"ps_ls_i":false,"ps_sa_i":true,"ps_sb_i":true,"ps_sm_i":true},"ei":24362,"si":24362,"fm":false,"st":"paragraph"},
{"ty":"as","sm":
{"ps_al_i":true,"ps_awao_i":true,"ps_ifl_i":true,"ps_il_i":true,"ps_ir_i":true,"ps_klt_i":true,"ps_kwn_i":true,"ps_ls":1.38,"ps_ls_i":false,"ps_sa_i":true,"ps_sb_i":true,"ps_sm_i":true},"ei":24733,"si":24733,"fm":false,"st":"paragraph"},
{"ty":"as","sm":
{"ps_al_i":true,"ps_awao_i":true,"ps_ifl_i":true,"ps_il_i":true,"ps_ir_i":true,"ps_

*These are Yuan Sun's scripts. to Control my writing not show on my document. I found these different paragraphs at Google drive a long script of over 100 pages.*