UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

QIU MIN JI,                                                                No. 3:15-cv-01569 LB

         Plaintiff,                                         **ORDER REGARDING FILINGS**

    v.

NATIONAL SECURITY AGENT AND
OTHER AGENTS KNOWN AND
UNKNOWN,

         Defendants.
_____/

    On April 6, 2015, Plaintiff Qui Min Ji, who is proceeding *pro se*, filed a document titled, "Complaint Disclose the Forever Mystery of our Cyber Security," against "National Security Agent and other Agents Known or Unknown." (Complaint, ECF No. 3.) Since then, Plaintiff has filed several other documents, and the court has issued two orders. It now has come to the court's attention that Plaintiff sent additional documents to Chief Judge Hamilton as well, even though this action is assigned to the undersigned and not to Judge Hamilton. Judge Hamilton received those documents on April 28, 2015, but because they relate to Plaintiff's action pending before the undersigned, Judge Hamilton sent them to the undersigned.

    To make sure the record is complete, the undersigned will direct the Clerk of the Court to file the documents in this action. In the future, Plaintiff must file documents concerning this action in the record for this action. Plaintiff should not send documents to other judges of this court.

**IT IS SO ORDERED.**

Dated: May 1, 2015

_____
LAUREL BEELER
United States Magistrate Judge