UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| QIU MIN JI, <br><br> Plaintiff, <br> v. <br><br> NATIONAL SECURITY AGENT AND OTHER AGENTS KNOWN AND UNKNOWN, <br><br> Defendants. | No. C 15-01569 LB <br><br> **ORDER DISMISSING ACTION WITHOUT PREJUDICE PURSUANT TO PLAINTIFF'S REQUEST** |

On April 6, 2015, Plaintiff Qui Min Ji, who is proceeding *pro se*, filed a document titled, "Complaint Disclose the Forever Mystery of our Cyber Security," against "National Security Agent and other Agents Known or Unknown." (Complaint, ECF No. 3.) It does not appear that Plaintiff ever served any defendant, and on April 30, 2015, Plaintiff filed a request that asks the court to dismiss her case. (Request, ECF No. 16.) The court construes her request as a notice of voluntary dismissal of the action without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) and (B). This is sufficient to dismiss her action without prejudice. The Clerk of the Court is directed to close the file.

**IT IS SO ORDERED.**

Dated: May 5, 2015

_____
LAUREL BEELER
United States Magistrate Judge